UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

GEORGE D. DAVIS,             CASE NO. 20-17930-EPK
                        CHAPTER 7
 Debtor
_____/

SAFS, INC.,

 Plaintiff,

vs.                    ADV. NO. 20-01384-EPK

GEORGE D. DAVIS,

 Defendant.
_____/

### PLAINTIFF'S NOTICE OF APPEAL AND STATEMENT OF ELECTION

  Appellant SAFS, INC. ("Appellant"), through counsel and pursuant to 28 U.S.C. § 158 and Rule 8002 of the Federal Rules of Bankruptcy Procedure, hereby appeals to the United States District Court for the Southern District of Florida from the Order Granting Defendant's Motion for Summary Judgment [ECF No. 51] and corresponding Final Judgment [ECF No. 52], both entered on September 2, 2021 in the Adversary Proceeding titled *SAFS, Inc. vs. George D. Davis*, Adv. Proc. No. 9:20-AP-01384-EPK, in connection with the underlying Bankruptcy Court Case styled: *In re: George D. Davis*, Case No. 20-17930-EPK, pending before the Bankruptcy Court for the Southern District of Florida (West Palm Beach Division). A copy of the Order and Judgment are attached to this Notice of Appeal.

  The names of the parties as well as the names, addresses, and telephone numbers of their

-2-

respective attorneys are hereby provided as follows:

**Appellant: Plaintiff/Creditor SAFS, INC.**

Attorneys: Day Pitney LLP

Joshua W. Cohen
Admitted *Pro Hac Vice*
jwcohen@daypitney.com
195 Church Street – 15th Floor
New Haven, CT 06510
jwcohen@daypitney.com
Tel: (203) 752-5000 / Fax: (203) 399-5854

Andrew R. Ingalls
Florida Bar No. 112558
aingalls@daypitney.com
brodridguez@daypitney.com
396 Alhambra Circle
North Tower – 14th Floor
Miami, Florida 33134
Tel: (305) 373-4000 / Fax: (305) 373-4099

**Appellee: Defendant/Debtor George D. Davis**

Attorneys: Rappaport, Osborne & Rappaport, PLLC

Les Osborne
les@rorlawfirm.com
Squires Building
1300 North Federal Highway
Suite 203
Boca Raton, FL 33432
(561) 368-2200

-3-

Dated: September 16, 2021                                 Respectfully submitted,

                                                         By: /s/ Andrew R. Ingalls

                                                         **DAY PITNEY LLP**

                                                         Joshua W. Cohen
                                                         Admitted *Pro Hac Vice*
                                                         jwcohen@daypitney.com
                                                         195 Church Street – 15th Floor
                                                         New Haven, CT 06510
                                                         jwcohen@daypitney.com
                                                         Tel: (203) 752-5000 / Fax: (203) 399-5854

                                                         Andrew R. Ingalls
                                                         Florida Bar No. 112558
                                                         aingalls@daypitney.com
                                                         brodridguez@daypitney.com
                                                         396 Alhambra Circle
                                                         North Tower – 14th Floor
                                                         Miami, Florida 33134
                                                         Tel: (305) 373-4000 / Fax: (305) 373-4099
                                                         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September, 2021, I served the foregoing document electronically on: Les Osborne, Esq., Rappaport, Osborne & Rappaport, PLLC, Squires Building, 1300 North Federal Highway, Suite 203, Boca Raton, FL 33432, les@rorlawfirm.com, *Counsel for Defendant*.

                                                         /s/ Andrew R. Ingalls
                                                         Andrew R. Ingalls



ORDERED in the Southern District of Florida on September 2, 2021.

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | Case No. 20-17930-EPK |
| **GEORGE D. DAVIS,** | CHAPTER 7 |
| Debtor. | |
| _____/ | |
| **SAFS, INC.,** | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-01384-EPK |
| **GEORGE D. DAVIS,** | |
| Defendant. | |
| _____/ | |

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER came before the Court for hearing on September 1, 2021 upon the *Defendant's Motion for Summary Judgment* [ECF No. 14] (the "Motion"). For the reasons stated on the record, it is **ORDERED AND ADJUDGED** that the Motion [ECF No. 14] is **GRANTED**.

###

Copies Furnished To:
Les Osborne, Esq.

*Les Osborne, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service with the court.*



**ORDERED in the Southern District of Florida on September 2, 2021.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No. 20-17930-EPK |
| GEORGE D. DAVIS, | CHAPTER 7 |
|     Debtor. | |
| _____/ | |
| SAFS, INC., | |
|     Plaintiff, | |
| v. | Adv. Proc. No. 20-01384-EPK |
| GEORGE D. DAVIS, | |
|     Defendant. | |
| _____/ | |

### FINAL JUDGMENT

THIS MATTER comes before the Court pursuant to Fed. R. Civ. P. 58, made applicable to this adversary proceeding by Fed. R. Bankr. P. 7058, and this Court's *Order Granting Defendant's Motion for Summary Judgment* entered contemporaneously herewith. It is **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of the defendant, and all relief requested by the plaintiff in the complaint [ECF No. 1] is DENIED.

###

Copies Furnished To:

All parties of record by the Clerk of Court

2