APPEAL

# U.S. Bankruptcy Court
## Southern District of Florida (West Palm Beach)
### Adversary Proceeding #: 20-01384-EPK

*Assigned to:* Erik P. Kimball  
*Lead BK Case:* 20-17930  
*Lead BK Title:* George D Davis  
*Lead BK Chapter:* 7  
*Demand:*

*Date Filed:* 10/26/20

*Nature[s] of Suit:*  62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud  
67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny  
68 Dischargeability - 523(a)(6), willful and malicious injury  
41 Objection / revocation of discharge - 727(c),(d),(e)

*Plaintiff*
-----------------------
**SAFS, INC.**  
c/o Andrew R. Ingalls  
396 Alhambra Circle  
North Tower 14th Floor  
Miami, FL 33134

represented by **Andrew R Ingalls**  
396 Alhambra Circle  
North Tower, 14th Floor  
Miami, FL 33134  
305-373-4032  
Fax : 305-351-8446  
Email: aingalls@daypitney.com

V.

*Defendant*
-----------------------
**George D Davis**  
7652 Fieldstone Ranch Sq.  
Vero Beach, FL 32967  
SSN / ITIN: xxx-xx-2476

represented by **Leslie S. Osborne, Esq.**  
1300 N Federal Hwy #203  
Boca Raton, FL 33432  
561-368-2200  
Fax : 561-338-0350  
Email: office@rorlawfirm.com

| Filing Date | # | Docket Text |
|---|---|---|
| 10/26/2020 | 1 (24 pgs; 5 docs) | Adversary case 20-01384. Complaint by SAFS, INC., SAFS, INC. against George D Davis. Nature of Suit:,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful and malicious |

| | | |
|---|---|---|
| | | injury)),(41 (Objection / revocation of discharge - 727(c),(d),(e))) (Attachments: # 1 Exhibit A - Fee Agreement Dated September 13, 2006 # 2 Exhibit B - Security Agreement Dated September 13, 2006 # 3 Exhibit C - Guarantee of George Davis Dated September 13, 2006 # 4 Complaint Cover Sheet) (Ingalls, Andrew) (Entered: 10/26/2020) |
| 10/26/2020 | | Receipt of Complaint(20-01384-EPK) [cmp,cmp] ( 350.00) Filing Fee. Receipt number 37766324. Fee amount 350.00. (U.S. Treasury) (Entered: 10/26/2020) |
| 10/26/2020 | 2 (3 pgs) | Summons Issued on George D Davis Answer Due 11/25/2020 [Trial Date Shall be Set at Pre-Trial Conference] (Re: 1 Adversary case 20-01384. Complaint by SAFS, INC., SAFS, INC. against George D Davis. Nature of Suit:,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)),(41 (Objection / revocation of discharge - 727(c),(d),(e))) (Attachments: # 1 Exhibit A - Fee Agreement Dated September 13, 2006 # 2 Exhibit B - Security Agreement Dated September 13, 2006 # 3 Exhibit C - Guarantee of George Davis Dated September 13, 2006 # 4 Complaint Cover Sheet) filed by Plaintiff SAFS, INC.) Pretrial Conference set for 01/14/2021 at 09:30 AM by TELEPHONE through CourtSolutions LLC. (Fleurimond, Lucie) (Entered: 10/26/2020) |
| 10/26/2020 | 3 (5 pgs) | Order Setting Filing and Disclosure Requirements for Pretrial and Trial. Initial Disclosure of Witnesses and Documents Shall Be Made at Least 28 Days Before Pretrial Date . (Fleurimond, Lucie) (Entered: 10/26/2020) |
| 10/26/2020 | 4 (2 pgs) | Corporate Ownership Statement Filed by Plaintiff SAFS, INC.. (Ingalls, Andrew) (Entered: 10/26/2020) |
| 11/23/2020 | 5 (7 pgs) | Answer and Affirmative Defenses to Complaint Filed by George D Davis. (Osborne, Leslie) (Entered: 11/23/2020) |
| 12/04/2020 | 6 (4 pgs) | Summons Service Executed on George D Davis 11/7/2020 Filed by Plaintiff SAFS, INC., Defendant George D Davis. (Ingalls, Andrew) (Entered: 12/04/2020) |
| 12/15/2020 | 7 (2 pgs) | Order Rescheduling Pretrial Conference On (Re: 1 Complaint filed by Plaintiff SAFS, INC.). Pretrial Conference set for 01/13/2021 at 09:30 AM by TELEPHONE through CourtSolutions LLC. (Montygierd, |

| | | |
|---|---|---|
| | | Hebe) (Entered: 12/15/2020) |
| 12/17/2020 | 8 (2 pgs) | Agreed Motion to Continue Hearing On: [(1 Complaint)] *Pretrial Conference on January 13, 2021* Filed by Defendant George D Davis (Osborne, Leslie) (Entered: 12/17/2020) |
| 12/17/2020 | 9 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 7 Order Rescheduling Pretrial Conference On (Re: 1 Complaint filed by Plaintiff SAFS, INC.). Pretrial Conference set for 01/13/2021 at 09:30 AM by TELEPHONE through CourtSolutions LLC.) Notice Date 12/17/2020. (Admin.) (Entered: 12/18/2020) |
| 12/18/2020 | 10 (3 pgs) | Agreed Order Granting Motion To Continue Pretrial Conference and Pretrial Requirements On: (1 Complaint). Pretrial Conference set for 03/10/2021 at 09:30 AM by TELEPHONE through CourtSolutions LLC. (Montygierd, Hebe) (Entered: 12/18/2020) |
| 12/18/2020 | 11 (1 pg) | Certificate of Service by Attorney Jordan L Rappaport Esq (Re: 10 Order on Motion to Continue Hearing). (Rappaport, Jordan) (Entered: 12/18/2020) |
| 12/20/2020 | 12 (5 pgs) | BNC Certificate of Mailing - PDF Document (Re: 10 Agreed Order Granting Motion To Continue Pretrial Conference and Pretrial Requirements On: (1 Complaint). Pretrial Conference set for 03/10/2021 at 09:30 AM by TELEPHONE through CourtSolutions LLC.) Notice Date 12/20/2020. (Admin.) (Entered: 12/21/2020) |
| 02/10/2021 | 13 (3 pgs) | Initial Disclosure per FRCP 26 Required by the Order Setting Filing and Disclosure Requirements Filed by Defendant George D Davis. (Osborne, Leslie) (Entered: 02/10/2021) |
| 02/12/2021 | 14 (69 pgs; 7 docs) | Motion For Summary Judgment Filed by Defendant George D Davis (Attachments: # 1 Exhibit "A" (complaint) # 2 Exhibit "B" (amended complaint) # 3 Exhibit "C" (interrogatories/verdict) # 4 Exhibit "D" (ruling on plaintiff's motion) # 5 Exhibit "E" (ruling on plaintiff's motion) # 6 Exhibit "F" (George Davis affidavit)) (Osborne, Leslie) (Entered: 02/12/2021) |
| 02/16/2021 | 15 (2 pgs) | Order Setting Briefing Schedule on (Re: 14 Motion for Summary Judgment filed by Defendant George D Davis). Plaintiff's Response Deadline is 03/09/2021. Joint Stipulation of Facts Deadline is 03/09/2021. Defendant's Reply to Response Deadline is 03/23/2021 (Montygierd, |

| | | |
|---|---|---|
| | | Hebe) (Entered: 02/16/2021) |
| 02/16/2021 | 16 (2 pgs) | Order Continuing Pretrial Conference and Certain Deadlines On (Re: 1 Complaint filed by Plaintiff SAFS, INC.). Pretrial Conference set for 05/12/2021 at 09:30 AM by Video Conference. (Montygierd, Hebe) (Entered: 02/16/2021) |
| 02/18/2021 | 17 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 15 Order Setting Briefing Schedule on (Re: 14 Motion for Summary Judgment filed by Defendant George D Davis). Plaintiff's Response Deadline is 03/09/2021. Joint Stipulation of Facts Deadline is 03/09/2021. Defendant's Reply to Response Deadline is 03/23/2021) Notice Date 02/18/2021. (Admin.) (Entered: 02/19/2021) |
| 02/18/2021 | 18 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 16 Order Continuing Pretrial Conference and Certain Deadlines On (Re: 1 Complaint filed by Plaintiff SAFS, INC.). Pretrial Conference set for 05/12/2021 at 09:30 AM by Video Conference.) Notice Date 02/18/2021. (Admin.) (Entered: 02/19/2021) |
| 02/26/2021 | 19 (4 pgs) | Joint Motion to Extend Time to Briefing Schedule on Defendant's Motion for Summary Judgment Filed by Plaintiff SAFS, INC. (Ingalls, Andrew) (Entered: 02/26/2021) |
| 03/01/2021 | 20 (2 pgs) | Order Granting Joint Agreed Motion to Extend Time to Briefing Schedule on Defendant's Motion for Summary Judgment (Re: # 19). Defendant will then have until April 28, 2021, to file a reply to the response. (Fleurimond, Lucie) (Entered: 03/01/2021) |
| 03/03/2021 | 21 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 20 Order Granting Joint Agreed Motion to Extend Time to Briefing Schedule on Defendant's Motion for Summary Judgment (Re: 19). Defendant will then have until April 28, 2021, to file a reply to the response.) Notice Date 03/03/2021. (Admin.) (Entered: 03/04/2021) |
| 04/07/2021 | 22 (4 pgs) | Joint Motion to Extend Time to Briefing Schedule on Defendant's Motion for Summary Judgment Filed by Plaintiff SAFS, INC. (Ingalls, Andrew) (Entered: 04/07/2021) |
| 04/13/2021 | 23 (2 pgs) | Order Granting Joint Agreed Motion to Extend Briefing Schedule on Defendant's Motion for Summary Judgment (Re: # 22). Deadline for Plaintiff to Respond is |

| | | |
|---|---|---|
| | | 05/14/2021. Joint Stipulation of Facts Due 05/14/2021. Deadline for Defendant to File Reply to Response is 05/28/2021 (Montygierd, Hebe) (Entered: 04/13/2021) |
| 04/13/2021 | 24 (2 pgs) | Order Continuing Pretrial Conference On (Re: 1 Complaint filed by Plaintiff SAFS, INC.). Pretrial Conference set for 08/11/2021 at 09:30 AM by Video Conference. (Montygierd, Hebe) (Entered: 04/13/2021) |
| 04/15/2021 | 25 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 23 Order Granting Joint Agreed Motion to Extend Briefing Schedule on Defendant's Motion for Summary Judgment (Re: 22). Deadline for Plaintiff to Respond is 05/14/2021. Joint Stipulation of Facts Due 05/14/2021. Deadline for Defendant to File Reply to Response is 05/28/2021) Notice Date 04/15/2021. (Admin.) (Entered: 04/16/2021) |
| 04/15/2021 | 26 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 24 Order Continuing Pretrial Conference On (Re: 1 Complaint filed by Plaintiff SAFS, INC.). Pretrial Conference set for 08/11/2021 at 09:30 AM by Video Conference.) Notice Date 04/15/2021. (Admin.) (Entered: 04/16/2021) |
| 05/06/2021 | 27 (2 pgs) | Notice of Taking Deposition of George D. Davis on May 13, 2021 at 10:00 A.M. Filed by Plaintiff SAFS, INC.. (Ingalls, Andrew) (Entered: 05/06/2021) |
| 05/06/2021 | 28 (4 pgs) | Joint Motion to Extend Time to Extend Briefing Schedule on Defendant's Motion for Summary Judgment Filed by Plaintiff SAFS, INC. (Ingalls, Andrew) (Entered: 05/06/2021) |
| 05/10/2021 | 29 (2 pgs) | Order Granting Joint Agreed Motion to Extend Briefing Schedule on Motion for Summary Judgment (Re: # 28). Joint Stipulation of Facts Due on or Before 06/15/2021. Plaintiff's Response Due 06/25/2021. Reply to Response Due 07/09/2021 (Montygierd, Hebe) (Entered: 05/10/2021) |
| 05/12/2021 | 30 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 29 Order Granting Joint Agreed Motion to Extend Briefing Schedule on Motion for Summary Judgment (Re: 28). Joint Stipulation of Facts Due on or Before 06/15/2021. Plaintiff's Response Due 06/25/2021. Reply to Response Due 07/09/2021) Notice Date 05/12/2021. (Admin.) (Entered: 05/13/2021) |

| | | |
|---|---|---|
| 06/15/2021 | 31 (6 pgs) | Notice of Filing *Joint Stipulation of Facts Regarding Defendant's Motion for Summary Judgment [ECF 14]*, Filed by Plaintiff SAFS, INC. (Re: 14 Motion For Summary Judgment Filed by Defendant George D Davis (Attachments: # 1 Exhibit "A" (complaint) # 2 Exhibit "B" (amended complaint) # 3 Exhibit "C" (interrogatories/verdict) # 4 Exhibit "D" (ruling on plaintiff's motion) # 5 Exhibit "E" (ruling on plaintiff's motion) # 6 Exhibit "F" (George Davis affidavit)) filed by Defendant George D Davis). (Ingalls, Andrew) (Entered: 06/15/2021) |
| 06/25/2021 | 32 (453 pgs; 10 docs) | Response to (14 Motion For Summary Judgment filed by Defendant George D Davis) Filed by Plaintiff SAFS, INC. (Attachments: # 1 Exhibit 1 - Depo excerpt John Matthew Frione # 2 Exhibit 2 - Affidavit of Garrison Hudkins # 3 Exhibit 3 - Depo excerpt of George Davis # 4 Exhibit 4 - Affidavit of Muamet Iljazi # 5 Exhibit 5 - Affidavit of Armend Iljazi # 6 Exhibit 6 - Public records) (Ingalls, Andrew) Additional attachment(s) added on 6/28/2021 (Cradic, Cameron). Additional attachment(s) added on 6/29/2021 (Cradic, Cameron). (Entered: 06/25/2021) |
| 06/28/2021 | 33 | Notice to Filer of Apparent Filing Deficiency: **The following exhibits appear to have corrupted and/or unreadable PDF images: "Exhibit 2 - Affidavit of Garrison Hudkins" and "Exhibit 3 - Depo of Excerpt of George Davis".** **THE FILER IS DIRECTED TO RESUBMIT AS DOCUMENTS THAT DO NOT CONTAIN METADATA AND/OR BLANK PAGES.** (Re: 32 Response to (14 Motion For Summary Judgment filed by Defendant George D Davis) Filed by Plaintiff SAFS, INC. (Attachments: # 1 Exhibit 1 - Depo excerpt John Matthew Frione # 2 Exhibit 2 - Affidavit of Garrison Hudkins # 3 Exhibit 3 - Depo excerpt of George Davis # 4 Exhibit 4 - Affidavit of Muamet Iljazi # 5 Exhibit 5 - Affidavit of Armend Iljazi # 6 Exhibit 6 - Public records)) (Cradic, Cameron) (Entered: 06/28/2021) |
| 06/29/2021 | 34 (162 pgs; 3 docs) | Notice of Filing *Corrected Replacement of PDF Image*, Filed by Plaintiff SAFS, INC. (Re: 32 Response to (14 Motion For Summary Judgment filed by Defendant George D Davis) Filed by Plaintiff SAFS, INC. (Attachments: # 1 Exhibit 1 - Depo excerpt John Matthew Frione # 2 Exhibit 2 - Affidavit of Garrison Hudkins # 3 Exhibit 3 - Depo excerpt of George Davis # 4 Exhibit 4 - Affidavit of Muamet Iljazi # 5 Exhibit 5 - Affidavit of Armend Iljazi # 6 Exhibit 6 - Public records) (Ingalls, Andrew) Additional attachment(s) added on 6/28/2021. filed by Plaintiff SAFS, INC.). (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | # 2 Exhibit)(Ingalls, Andrew) Modified on 6/29/2021 - Replacement images for Exhibits 2 AND 3 are added to DE32(Cradic, Cameron). (Entered: 06/29/2021) |
| 07/01/2021 | 35 (2 pgs) | Agreed Motion to Extend Time to File Reply Brief Filed by Defendant George D Davis (Osborne, Leslie) (Entered: 07/01/2021) |
| 07/02/2021 | 36 (2 pgs) | Agreed Order Granting Agreed Motion to Extend Time to File Reply Brief (Re: # 35). Time Extended to July 16, 2021 (Montygierd, Hebe) (Entered: 07/02/2021) |
| 07/04/2021 | 37 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 36 Agreed Order Granting Agreed Motion to Extend Time to File Reply Brief (Re: 35). Time Extended to July 16, 2021) Notice Date 07/04/2021. (Admin.) (Entered: 07/05/2021) |
| 07/09/2021 | 38 (1 pg) | Certificate of Service by Attorney Leslie S. Osborne Esq. (Re: 36 Order on Motion to Extend Time). (Osborne, Leslie) (Entered: 07/09/2021) |
| 07/16/2021 | 39 (10 pgs) | Reply to (32 Response filed by Plaintiff SAFS, INC.) Filed by Defendant George D Davis (Osborne, Leslie) (Entered: 07/16/2021) |
| 08/03/2021 | 40 (2 pgs) | Notice of Hearing (Re: 14 Motion For Summary Judgment Filed by Defendant George D Davis (Attachments: # 1 Exhibit "A" (complaint) # 2 Exhibit "B" (amended complaint) # 3 Exhibit "C" (interrogatories/verdict) # 4 Exhibit "D" (ruling on plaintiff's motion) # 5 Exhibit "E" (ruling on plaintiff's motion) # 6 Exhibit "F" (George Davis affidavit))) Hearing scheduled for 09/01/2021 at 11:00 AM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL, 33401. (Leonard, Dawn) (Entered: 08/03/2021) |
| 08/04/2021 | 41 (2 pgs) | Agreed Motion to Continue Hearing On: [(1 Complaint)] Filed by Defendant George D Davis (Osborne, Leslie) (Entered: 08/04/2021) |
| 08/04/2021 | 42 (3 pgs) | Order Continuing Pretrial Conference And Certain Deadlines (Re: 1 Complaint filed by Plaintiff SAFS, INC.). Pretrial Conference set for 09/08/2021 at 09:30 AM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL, 33401. (Fleurimond, Lucie) (Entered: 08/04/2021) |

| | | |
|---|---|---|
| 08/05/2021 | 43 (3 pgs) | Order Granting Agreed Motion To Continue Pre-Trial Conference Re: (1 Complaint). Pretrial Conference Continued to 10/13/2021 at 09:30 AM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL, 33401. (Fleurimond, Lucie) (Entered: 08/05/2021) |
| 08/05/2021 | 44 (1 pg) | Certificate of Service by Attorney Leslie S. Osborne Esq. (Re: 43 Order on Motion to Continue Hearing). (Osborne, Leslie) (Entered: 08/05/2021) |
| 08/06/2021 | 45 (2 pgs) | Certificate of Service Filed by Plaintiff SAFS, INC. (Re: 42 Order Continuing Hearing). (Ingalls, Andrew) (Entered: 08/06/2021) |
| 08/06/2021 | 46 (5 pgs) | BNC Certificate of Mailing - PDF Document (Re: 42 Order Continuing Pretrial Conference And Certain Deadlines (Re: 1 Complaint filed by Plaintiff SAFS, INC.). Pretrial Conference set for 09/08/2021 at 09:30 AM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL, 33401.) Notice Date 08/06/2021. (Admin.) (Entered: 08/07/2021) |
| 08/07/2021 | 47 (5 pgs) | BNC Certificate of Mailing - PDF Document (Re: 43 Order Granting Agreed Motion To Continue Pre-Trial Conference Re: (1 Complaint). Pretrial Conference Continued to 10/13/2021 at 09:30 AM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL, 33401.) Notice Date 08/07/2021. (Admin.) (Entered: 08/08/2021) |
| 08/19/2021 | 48 (2 pgs) | Re- Notice of Hearing for Location Only (Re: 14 Motion For Summary Judgment Filed by Defendant George D Davis (Attachments: # 1 Exhibit "A" (complaint) # 2 Exhibit "B" (amended complaint) # 3 Exhibit "C" (interrogatories/verdict) # 4 Exhibit "D" (ruling on plaintiff's motion) # 5 Exhibit "E" (ruling on plaintiff's motion) # 6 Exhibit "F" (George Davis affidavit)) filed by Defendant George D Davis) Hearing scheduled for 09/01/2021 at 11:00 AM by Video Conference. (Leonard, Dawn) (Entered: 08/19/2021) |
| 08/19/2021 | 49 (1 pg) | Certificate of Service by Attorney Leslie S. Osborne Esq. (Re: 48 Notice of Hearing Amended/Renoticed /Continued). (Osborne, Leslie) (Entered: 08/19/2021) |
| 08/23/2021 | 50 (13 pgs; 2 docs) | Notice of Filing *Supplemental Authority*, Filed by Plaintiff SAFS, INC.. (Attachments: # 1 Exhibit Supplemental Authority)(Ingalls, Andrew) (Entered: 08/23/2021) |

| | | |
|---|---|---|
| 09/02/2021 | 51 (1 pg) | Order Granting Defendant's Motion For Summary Judgment (Re: # 14) (Fleurimond, Lucie) (Entered: 09/02/2021) |
| 09/02/2021 | 52 (2 pgs) | Final Judgment. (Fleurimond, Lucie) (Entered: 09/02/2021) |
| 09/02/2021 | 53 (3 pgs; 2 docs) | Notice of Entry (Re: 52 Final Judgment.) (Fleurimond, Lucie) (Entered: 09/02/2021) |
| 09/04/2021 | 54 (3 pgs) | BNC Certificate of Mailing (Re: 53 Notice of Entry (Re: 52 Final Judgment.)) Notice Date 09/04/2021. (Admin.) (Entered: 09/05/2021) |
| 09/04/2021 | 55 (3 pgs) | BNC Certificate of Mailing - PDF Document (Re: 51 Order Granting Defendant's Motion For Summary Judgment (Re: 14)) Notice Date 09/04/2021. (Admin.) (Entered: 09/05/2021) |
| 09/04/2021 | 56 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 52 Final Judgment.) Notice Date 09/04/2021. (Admin.) (Entered: 09/05/2021) |
| 09/04/2021 | 57 (4 pgs) | BNC Certificate of Mailing (Re: 53 Notice of Entry (Re: 52 Final Judgment.)) Notice Date 09/04/2021. (Admin.) (Entered: 09/05/2021) |
| 09/16/2021 | 58 (6 pgs) | **SEE REPLACEMENT ENTRY #60**Notice of Appeal and Election to Appeal To District Court Filed by Plaintiff SAFS, INC. (Re: 51 Order Granting Defendant's Motion For Summary Judgment (Re: 14), 52 Final Judgment.). [Fee Amount $298] Appellant Designation due 09/30/2021. (Ingalls, Andrew) Modified on 9/16/2021 (Fleurimond, Lucie). (Entered: 09/16/2021) |
| 09/16/2021 | | Receipt of Notice of Appeal(20-01384-EPK) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number 39759002. Fee amount 298.00. (U.S. Treasury) (Entered: 09/16/2021) |
| 09/16/2021 | 59 (6 pgs) | **SEE REPLACEMENT ENTRY #60**Amended Document To Reflect corrected pdf image Filed by Plaintiff SAFS, INC. (Re: 58 Notice of Appeal filed by Plaintiff SAFS, INC.). (Ingalls, Andrew) Docket Event Modified on 9/16/2021 (Fleurimond, Lucie). (Entered: 09/16/2021) |
| 09/16/2021 | 60 (6 pgs) | Amended Notice of Appeal and Election to Appeal To District Court Filed by Plaintiff SAFS, INC. (Re: 51 Order |

| | | |
|---|---|---|
| | | Granting Defendant's Motion For Summary Judgment (Re: 14), 52 Final Judgment.). Appellant Designation due 9/30/2021. **REPLACES ECF #59**(Fleurimond, Lucie) (Entered: 09/16/2021) |
| 09/16/2021 | 61 (11 pgs; 2 docs) | Clerk's Notice of Mailing of (Re: 60 Amended Notice of Appeal and Election to Appeal To District Court Filed by Plaintiff SAFS, INC. (Re: 51 Order Granting Defendant's Motion For Summary Judgment (Re: 14), 52 Final Judgment.). Appellant Designation due 9/30/2021. **REPLACES ECF #59** filed by Plaintiff SAFS, INC.) (Fleurimond, Lucie) (Entered: 09/16/2021) |
| 09/16/2021 | 62 (1 pg) | Transmittal to US District Court (Re: 60 Amended Notice of Appeal and Election to Appeal To District Court Filed by Plaintiff SAFS, INC. (Re: 51 Order Granting Defendant's Motion For Summary Judgment (Re: 14), 52 Final Judgment.). Appellant Designation due 9/30/2021. **REPLACES ECF #59** filed by Plaintiff SAFS, INC.) (Ortman, Martha) (Entered: 09/16/2021) |