UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SAFS, INC.,

    Appellant,

vs.                                          CASE NO. 9:21-CV-81750

GEORGE D. DAVIS,

    Appellee.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY
RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joshua W. Cohen of the law firm of Day Pitney LLP, 195 Church Street, 15th Floor, New Haven, CT 06510, Telephone (203) 752-5000, for purposes of appearance as co-counsel on behalf of Appellant, SAFS, Inc. ("Appellant") in the above-styled case only, and, pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joshua W. Cohen to receive electronic filings in this case, and in support thereof states as follows:

    1.    Joshua W. Cohen resides in the State of Connecticut and is not a resident of the State of Florida.

    2.    Joshua W. Cohen is not admitted to practice in the Southern District of Florida.

    3.    Joshua W. Cohen is a member in good standing of the New York State Bar and Connecticut State Bar and is also admitted to practice law in the following jurisdiction(s):

    United States District Court for the Southern District of New York

United States District Court for the Eastern District of New York

United States District Court for the Northern District of Illinois

United States District Court for the District of Connecticut

4.  A judicial officer or the entity responsible for attorney regulation has neither initiated disciplinary, suspension, disbarment or contempt proceedings or disciplined, suspended, disbarred or held Joshua W. Cohen in contempt in the preceding 5 years.

5.  Joshua W. Cohen, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate his office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

6.  Joshua W. Cohen appeared *pro hac vice* for Appellant in the bankruptcy proceeding below. Besides that appearance, he has not filed a motion in any other matter to appear as counsel in this District in the past 365 days.

7.  Movant Andrew R. Ingalls (Florida Bar No. 112558) of the law firm of Day Pitney LLP, 396 Alhambra Circle, North Tower, 14th Floor, Miami, Florida 33134, (305) 373-4000, aingalls@daypitney.com, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

-3-

8. In accordance with the local rules of this Court, Joshua W. Cohen has made payment of this Court's $200 admission fee to pay.gov.

9. A certification that Joshua W. Cohen has studied the Local Rules of the Southern District of Florida in accordance with Rule 4(b)(1) is attached hereto.

10. Joshua W. Cohen, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Joshua W. Cohen at email address: jwcohen@daypitney.com.

WHEREFORE, Movant Andrew R. Ingalls, moves this Court to enter an Order (a) allowing Joshua W. Cohen to appear before this Court on behalf of Appellant SAFS, Inc. for all purposes relating to the proceedings in the above-styled matter; and (b) directing the Clerk to provide notice of electronic filings to Joshua W. Cohen at jwcohen@daypitney.com.

Dated:  September 29, 2021                     Respectfully submitted,

By: */s/ Andrew R. Ingalls*
Andrew R. Ingalls, Esq.
Florida Bar No. 112558
aingalls@daypitney.com
athomsen@daypitney.com
**DAY PITNEY LLP**
396 Alhambra Circle
North Tower – 14th Floor
Miami, Florida  33134
Tel: (305) 373-4000 / Fax: (305) 373-4099
*Counsel for Appellant*

## **CONSENT TO DESIGNATION AS LOCAL COUNSEL**

I hereby consent to be associated as local counsel of record in this cause pursuant to Local Rule 4(b)(3).

*Andrew R. Ingalls*
Andrew R. Ingalls

-4-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September, 2021, I served the foregoing document electronically on: Les Osborne, Esq., Rappaport, Osborne & Rappaport, PLLC, Squires Building, 1300 North Federal Highway, Suite 203, Boca Raton, FL 33432, office@rorlawfirm.com, *Counsel for Defendant*.

                                             */s/ Andrew R. Ingalls*
                                             Andrew R. Ingalls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SAFS, INC.,

    Appellant,

vs.                                              CASE NO. 9:21-CV-81750

GEORGE D. DAVIS,

    Appellee.
_____/

## **CERTIFICATION OF JOSHUA W. COHEN**

Joshua W. Cohen, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Connecticut State Bar and the New York State Bar, and am admitted to practice in the United States District Court for the Southern and Eastern Districts of New York, the Northern District of Illinois, and the District of Connecticut; and (3) other than seeking and being granted permission to appear pro hac vice in the underlying bankruptcy proceedings, I have not filed a motion to appear as counsel, in any other matter, in the Courts of this District in the past 365 days.

                                                    /s/ *Joshua W. Cohen*
                                                    Joshua W. Cohen

109960996