CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** SAFS, INC. v. Davis

**Adversary Case Number:** 20–01384–EPK
(Related Bankruptcy Case Number: 20–17930–EPK )
County of Residence or Place of Business: West Palm Beach
U.S. District Court Case Number:

## TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 9/19/2021
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
   - ☐ Contested    ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** SAFS, Inc.
**Attorney:** Andrew R Ingalls, Esq
396 Alhambra Cir, 14 FL
Miami, FL 33134

**Attorney:** Joshua W Cohen, Esq
195 Church St, 15th FL
New Haven, CT 06510

**Appellee/Respondent:** George D. Davis
**Attorney:** Leslie S. Osborne, Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432

**Attorney:**

**Title and Date of Order Appealed**, if applicable: Order Granting Defendant's Motion for Summary Judgment; and Final Judgment

**Entered on Docket Date:** 9/2/2021        **Docket Number:** 51 and 52

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☑ Copies of Transcript(s) of Hearing(s) on: Restrict Transcript of 9/1/2021 Hearing
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 10/15/21

**CLERK OF COURT**
By: Martha Ortman
Deputy Clerk   (561) 514–4100