**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | George<br>First name<br><br>D<br>Middle name<br><br>Davis<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2476 |  |

Debtor 1    **George D Davis**                                              Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** Any business names and **Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EIN

☐ I have not used any business name or EINs.

Business name(s)

EIN

---

**5.** Where you live

**7652 Fieldstone Ranch Sq.**
**Vero Beach, FL 32967**
Number, Street, City, State & ZIP Code

**Indian River**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.**  Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** Why you are choosing *this district* to file for bankruptcy

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

---

7/21/20  4:44PM

| Debtor 1 | **George D Davis** | Case number *(if known)* |
|---|---|---|

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.  How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **George D Davis** | | Case number *(if known)* |
|---|---|---|---|

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | **George D Davis** | | Case number *(if known)* |
|---|---|---|---|

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **George D Davis** | | Case number *(if known)* | |

---

**Part 6:**    **Answer These Questions for Reporting Purposes**

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| | | | ☐ No. Go to line 16b. |
| | | | ■ Yes. Go to line 17. |
| | | 16b. | **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. |
| | | | ☐ No. Go to line 16c. |
| | | | ☐ Yes. Go to line 17. |
| | | 16c. | State the type of debts you owe that are not consumer debts or business debts |

---

| 17. | Are you filing under Chapter 7? | ☐ No. | I am not filing under Chapter 7. Go to line 18. |
| | **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ■ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |
| | | | ■ No |
| | | | ☐ Yes |

---

| 18. | How many Creditors do you estimate that you owe? | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

---

| 19. | How much do you estimate your assets to be worth? | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

---

| 20. | How much do you estimate your liabilities to be? | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

---

**Part 7:**    **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ George D Davis**
_____       _____
**George D Davis**                                  Signature of Debtor 2
Signature of Debtor 1

Executed on    **July 21, 2020**              Executed on  _____
                   MM / DD / YYYY                               MM / DD / YYYY

Debtor 1   **George D Davis** _____                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Colin V. Lloyd, Esquire** _____        Date        **July 21, 2020**
Signature of Attorney for Debtor                                      MM / DD / YYYY

**Colin V. Lloyd, Esquire 0165182**
Printed name

**Law Firm of Hoskins, Turco, Lloyd & Lloyd**
Firm name

**302 South Second Street**
**Fort Pierce, FL 34950**
Number, Street, City, State & ZIP Code

Contact phone   **(772) 464-4600**           Email address      **ecolin@hosklaw.com**

**0165182 FL**
Bar number & State

---

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 7

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Pob 26012
Greensboro, NC 27420


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Chase Auto Finance
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101


Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


Doctors Business Bureau
Attn: Bankruptcy
202 North Federal Hwy
Lake Worth, FL 33460

Gateway One Lending & Finance
175 North Riverview Drive
Suite 100
Anaheim, CA 92808


Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804


Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019


SAFS Inc
161 S Main St
East Windsor, CT 06088


Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603


Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896


Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


United Wholesale Mortgage
Attn: Bankruptcy
585 South Blvd E
Pontiac, MI 48341


Wells Fargo
420 Montgomery St
San Francisco, CA 94104

```
World Omni Financial Corp.
Attn: Bankruptcy
Po Box 991817
Mobile, AL 36691
```

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **George D Davis** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **20-17930-EPK** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**   **Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $          6,500.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | $        28,869.55 |
| 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | $        35,369.55 |

**Part 2:**   **Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        44,253.00 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $        50,000.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $      2,502,755.30 |
| **Your total liabilities** | $      2,597,008.30 |

**Part 3:**   **Summarize Your Income and Expenses**

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $          9,841.31 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*............................................................... | $          9,826.50 |

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **George D Davis** _____  Case number *(if known)* **20-17930-EPK**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 50,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 50,000.00 |

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|

| Debtor 1 | **George D Davis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
|---|---|

| Case number | **20-17930-EPK** |
|---|---|

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

| 1.1 | | |
|---|---|---|
| **Legacy Vacation** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| **2800 N. Poinciana Blvd** | ☐ Single-family home | |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| **Kissimmee     FL     34746-0000** | ☐ Land | **Current value of the entire property?**   **Current value of the portion you own?** |
| City     State     ZIP Code | ☐ Investment property | **$6,500.00**     **$6,500.00** |
| | ☑ Timeshare | |
| | ☐ Other _____ | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | **Who has an interest in the property?** Check one | **Fee simple** |
| **Osceola** | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | ☑ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** | |
| | **Timeshare** | |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................................=>**

**$6,500.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **George D Davis**                                   Case number *(if known)*    **20-17930-EPK**

---

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Dodge** <br> Model: **Ram 1500  Laramie** <br> Year: **2019** <br> Approximate mileage: **13000** <br> Other information: <br> **1C6RREJT1KN615947   1 owner** | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> **$25,000.00**    **$25,000.00** |
| 3.2 | Make: **Toyota** <br> Model: **Tacoma Sport** <br> Year: **2019** <br> Approximate mileage: **8000** <br> Other information: <br> **3TMCZ5AN8KM256039  1 owner *lease** | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> **$0.00**    **$0.00** |

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    |  **$25,000.00**  |

---

**Part 3:**  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? <br> Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

Debtor 1   **George D Davis**                                    Case number *(if known)*   **20-17930-EPK**

| | |
|---|---:|
| (1) Sofa- 100.00<br>(1) Armchair- 50.00<br>(1) Recliner- 50.00<br>(2) Bookcases- 30.00<br>(3) Desks- 90.00<br>(3) Credenzas- 90.00<br>(1) File Cabinet- 10.00<br>(1) Washer- 50.00<br>(1) Dryer- 50.00<br>(1) Patio Table- 25.00<br>(6) Patio Chairs- 30.00<br>(2) Patio Umbellas- 10.00<br>(1) Grill- 75.00<br>Various Pool Equipment- 200.00<br>(6) Bar Stools- 30.00<br>(1) Microwave- 10.00<br>(1) Toaster Oven- 5.00<br>(1) Dishwasher- 30.00<br>(3) Refrigerators- 250.00<br>(1) Stove- 50.00<br>(1) Dining Table- 50.00<br>(6) Dining Chairs- 30.00<br>(1) BUffet- 50.00<br>(1) Baker's Rack- 25.00<br>(4) Beds- 400.00<br>(5) Dressers- 100.00<br>(6) Night Stands- 60.00 | $1,950.00 |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
    including cell phones, cameras, media players, games

    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---:|
| (5) TVs- 250.00<br>(3) Cell Phones- 200.00<br>(1) Computer- 50.00<br>(1) Printer/Fax/Scanner- 25.00 | $525.00 |

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
    other collections, memorabilia, collectibles

    ■ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments

    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---:|
| (10) Fishing Poles- 200.00 | $200.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---:|
| (2) Guns- 400.00 | $400.00 |

Debtor 1 **George D Davis**       Case number *(if known)* **20-17930-EPK**

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Clothes have no value except to Debtor | $0.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| | |
|---|---|
| (3) Watches- 150.00<br>(2) Necklaces- 100.00<br>(1) Wedding Band- 50.00 | $300.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| |
|---|
| $3,375.00 |

**Part 4: Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes....................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................     Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | Seacoast #6076 | $480.31 |
| 17.2. | **Savings** | Seacoast #9212 | $14.24 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them...................

| Debtor 1 | **George D Davis** | | Case number *(if known)* | **20-17930-EPK** |

Name of entity: _____  % of ownership: _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
| --- | --- | --- |
| **401(k)** | **401(k) plan Through Employer** | **Unknown** |
| **Roth 401(k)** | **Roth 401(k) plan Through Employer** | **Unknown** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

| Debtor 1 | **George D Davis** | Case number *(if known)* | **20-17930-EPK** |
|---|---|---|---|

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else

   ■ No
   ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

   ■ No
   ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ■ No
   ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ■ No
   ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

   ■ No
   ☐ Yes.  Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here...................................................................................................

|  |
|---|
| **$494.55** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ■ No
   ☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here  .....................................

|  |
|---|
| **$0.00** |

| Debtor 1 | **George D Davis** | | Case number *(if known)* | **20-17930-EPK** |

---

| **Part 8:** | List the Totals of Each Part of this Form |

| 55. | **Part 1: Total real estate, line 2** ................................................................................................. | | | **$6,500.00** |
|---|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | | $25,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | | $3,375.00 | |
| 58. | **Part 4: Total financial assets, line 36** | | $494.55 | |
| 59. | **Part 5: Total business-related property, line 45** | | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | | $28,869.55 | Copy personal property total |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | **$35,369.55** |

Copy personal property total → **$28,869.55**

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **George D Davis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | **20-17930-EPK** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    **4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Legacy Vacation 2800 N. Poinciana Blvd Kissimmee, FL 34746  Osceola County**<br>**Timeshare**<br>Line from *Schedule A/B*: **1.1** | $6,500.00 | ■  $6,500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(2)(B)**<br>**Tenancy by Entireties** |
| **(1) Sofa- 100.00**<br>**(1) Armchair- 50.00**<br>**(1) Recliner- 50.00**<br>**(2) Bookcases- 30.00**<br>**(3) Desks- 90.00**<br>**(3) Credenzas- 90.00**<br>**(1) File Cabinet- 10.00**<br>**(1) Washer- 50.00**<br>**(1) Dryer- 50.00**<br>**(1) Patio Table- 25.00**<br>**(6) Patio Chairs- 30.00**<br>**(2) Patio Umbellas- 10.**<br>Line from *Schedule A/B*: **6.1** | $1,950.00 | ■  $1,950.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **(5) TVs- 250.00**<br>**(3) Cell Phones- 200.00**<br>**(1) Computer- 50.00**<br>**(1) Printer/Fax/Scanner- 25.00**<br>Line from *Schedule A/B*: **7.1** | $525.00 | ■  $525.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **George D Davis** | | Case number (if known) | **20-17930-EPK** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **(10) Fishing Poles- 200.00**<br>Line from *Schedule A/B:* **9.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **(2) Guns- 400.00**<br>Line from *Schedule A/B:* **10.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **(3) Watches- 150.00**<br>**(2) Necklaces- 100.00**<br>**(1) Wedding Band- 50.00**<br>Line from *Schedule A/B:* **12.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Checking: Seacoast #6076**<br>Line from *Schedule A/B:* **17.1** | $480.31 | ■ $291.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.16** |
| **Savings: Seacoast #9212**<br>Line from *Schedule A/B:* **17.2** | $14.24 | ■ $985.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.16** |
| **401(k): 401(k) plan Through Employer**<br>Line from *Schedule A/B:* **21.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **Roth 401(k): Roth 401(k) plan Through Employer**<br>Line from *Schedule A/B:* **21.2** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **George D Davis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | **20-17930-EPK** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** **Chase Auto Finance** | **Describe the property that secures the claim:** | $33,760.00 | $25,000.00 | $8,760.00 |
| Creditor's Name | **2019 Dodge Ram 1500  Laramie 13000 miles** | | | |
| **Attn: Bankruptcy Po Box 901076 Fort Worth, TX 76101** | **1C6RREJT1KN615947   1 owner** | | | |
| | As of the date you file, the claim is: Check all that apply. | | | |
| Number, Street, City, State & Zip Code | ☐ Contingent | | | |
| | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) | | | |

| Date debt was incurred | **Opened 05/20  Last Active 6/22/20** | Last 4 digits of account number | **1301** |
|---|---|---|---|

Debtor 1  **George D Davis**                                          Case number (if known)  **20-17930-EPK**
_____First Name_____Middle Name_____Last Name_____

| 2.2 | **World Omni Financial Corp.** | Describe the property that secures the claim: | **$10,493.00** | **$0.00** | **$10,493.00** |
|---|---|---|---|---|---|

Creditor's Name

**2019 Toyota Tacoma Sport 8000 miles**
**3TMCZ5AN8KM256039  1 owner**
***lease**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Bankruptcy**
**Po Box 991817**
**Mobile, AL 36691**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 08/19  Last Active 6/22/20**

Date debt was incurred                    Last 4 digits of account number    **3880**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$44,253.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$44,253.00** |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George D Davis** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **20-17930-EPK** |
| (if known) | |

☐ Check if this is an
     amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number | **$50,000.00** | **$50,000.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **ATTN: Bankruptcy Department** | When was the debt incurred? | | | |
| | **POB 7346** | | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| | **Who incurred the debt?** Check one. | | | | |
| | ■ Debtor 1 only | ☐ Contingent | | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | | |
| | ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** | | | |
| | | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a community debt** | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | | | | |

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

| Debtor 1 | George D Davis | Case number (if known) | 20-17930-EPK |
|---|---|---|---|

---

**4.1** | **Amex** | | $19,220.00

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1493**

When was the debt incurred?   **Opened 09/06  Last Active 1/28/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.2** | **Amex** | | Unknown

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0493**

When was the debt incurred?   **Opened 03/05  Last Active 10/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.3** | **Bank of America** | | Unknown

Nonpriority Creditor's Name

**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4630**

When was the debt incurred?   **Opened 11/03  Last Active 08/08**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **George D Davis**                                     Case number (if known)  **20-17930-EPK**

---

| 4.4 | **Bank of America** | Last 4 digits of account number | **3426** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Nc4-105-03-14 Pob 26012**
**Greensboro, NC 27420**

When was the debt incurred?  **Opened 02/04  Last Active 8/20/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Recreational**

---

| 4.5 | **Bank of America** | Last 4 digits of account number | **1703** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

When was the debt incurred?  **Opened 03/06  Last Active 11/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Real Estate Mortgage**

---

| 4.6 | **Capital One** | Last 4 digits of account number | **7837** | **$4,170.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?  **Opened 04/14  Last Active 07/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Charge Account**

---

Debtor 1   **George D Davis**     Case number (if known)   **20-17930-EPK**

---

**4.7** | **Chase Card Services** | Last 4 digits of account number   **6551** | **$3,094.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?    **Opened 09/00  Last Active 07/20**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

**4.8** | **Chase Card Services** | Last 4 digits of account number   **9185** | **$783.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?    **Opened 03/20  Last Active 07/20**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

**4.9** | **Credit One Bank** | Last 4 digits of account number   **2996** | **Unknown**

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

When was the debt incurred?    **Opened 10/12  Last Active 9/17/18**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| Debtor 1 | George D Davis | Case number (if known) | 20-17930-EPK |
|---|---|---|---|

| 4.1 0 | **Department of Revenue Services State of** | Last 4 digits of account number | | | **$400,000.00** |
|---|---|---|---|---|---|

**Department of Revenue Services State of**
Nonpriority Creditor's Name
**Connecticut**
**PO BOX 2977**
**Hartford, CT 06104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?   **2005, 2006**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 1 | **Doctors Business Bureau** | Last 4 digits of account number | 3703 | | **$652.00** |
|---|---|---|---|---|---|

**Doctors Business Bureau**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**202 North Federal Hwy**
**Lake Worth, FL 33460**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   3703

When was the debt incurred?   **Opened 07/19  Last Active 02/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt**

---

| 4.1 2 | **Gateway One Lending & Finance** | Last 4 digits of account number | 8569 | | **Unknown** |
|---|---|---|---|---|---|

**Gateway One Lending & Finance**
Nonpriority Creditor's Name
**175 North Riverview Drive**
**Suite 100**
**Anaheim, CA 92808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   8569

When was the debt incurred?   **Opened 07/15  Last Active 04/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **George D Davis**        Case number (if known)   **20-17930-EPK**

---

| 4.1 3 | | | |
|---|---|---|---|

**HCL Capital**        Last 4 digits of account number _____       **$60,000.00**

Nonpriority Creditor's Name

**75 Cliff Drive**
**Narragansett, RI 02882**       When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.       **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only       ☐ Contingent

☐ Debtor 1 and Debtor 2 only       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**       ☐ Student loans

**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes       ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Product and Services**

---

| 4.1 4 | | | |
|---|---|---|---|

**Merrick Bank/CardWorks**       Last 4 digits of account number   **4314**       **Unknown**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 9201**       **Opened 12/08/13 Last Active**
**Old Bethpage, NY 11804**       When was the debt incurred?   **9/22/14**

Number Street City State Zip Code

**Who incurred the debt?** Check one.       **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only       ☐ Contingent

☐ Debtor 1 and Debtor 2 only       ☐ Unliquidated

☐ Disputed

☐ At least one of the debtors and another

**☐ Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**       ☐ Student loans

**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes       ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.1 5 | | | |
|---|---|---|---|

**Mr. Cooper**       Last 4 digits of account number   **5506**       **Unknown**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**8950 Cypress Waters Blvd**       **Opened 10/15 Last Active**
**Coppell, TX 75019**       When was the debt incurred?   **10/01/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.       **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only       ☐ Contingent

☐ Debtor 1 and Debtor 2 only       ☐ Unliquidated

☐ Disputed

☐ At least one of the debtors and another

**☐ Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**       ☐ Student loans

**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes       ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Real Estate Mortgage**

---

Debtor 1  **George D Davis**

Case number (if known)  **20-17930-EPK**

---

| 4.16 | | | |
|---|---|---|---|

**Mr. Cooper**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**8950 Cypress Waters Blvd**
**Coppell, TX 75019**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number**  **2413**       **Unknown**

**When was the debt incurred?**  **Opened 10/09  Last Active 03/10**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Real Estate Mortgage**

---

| 4.17 | | | |
|---|---|---|---|

**SAFS Inc**
Nonpriority Creditor's Name

**161 S Main St**
**East Windsor, CT 06088**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number**       **$1,324,327.49**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Judgement Business Product and Services**

---

| 4.18 | | | |
|---|---|---|---|

**SAFS Inc**
Nonpriority Creditor's Name

**161 S Main St**
**East Windsor, CT 06088**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number**       **$612,508.81**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Judgement Business Product and Services**

---

7/31/20 12:20PM

Debtor 1   **George D Davis**                                                     Case number (if known)   **20-17930-EPK**

---

| 4.1 9 | **Shellpoint Mortgage Servicing** | Last 4 digits of account number | **8043** | **Unknown** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603**

When was the debt incurred?   **Opened 03/06  Last Active 11/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Real Estate Mortgage**

---

| 4.2 0 | **Synchrony Bank/ JC Penneys** | Last 4 digits of account number | **2185** | **Unknown** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896**

When was the debt incurred?   **Opened 03/08  Last Active 03/09**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.2 1 | **Synchrony Bank/Sams** | Last 4 digits of account number | **8474** | **Unknown** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896**

When was the debt incurred?   **Opened 12/18/13  Last Active 5/06/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

Debtor 1  **George D Davis**                                    Case number (if known)   **20-17930-EPK**

---

| 4.2 2 | | | |
|---|---|---|---|

**TD Bank**
Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**POB 100226**
**Columbia, SC 29202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$18,000.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Loan**

---

| 4.2 3 | | | |
|---|---|---|---|

**Timothy D. Miltenberger**
Nonpriority Creditor's Name
**Coan, Lewendon, Gulliver & Miltenberger**
**495 Orange St**
**New Haven, CT 06511**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$60,000.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Product and Services/ Professional Fees**

---

| 4.2 4 | | | |
|---|---|---|---|

**United Wholesale Mortgage**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**585 South Blvd E**
**Pontiac, MI 48341**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4053**                    **Unknown**

When was the debt incurred?  **Opened 10/23/15  Last Active 3/24/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Real Estate Mortgage**

---

Debtor 1  **George D Davis**                                                      Case number (if known)  **20-17930-EPK**

| 4.2 5 | **Wells Fargo** | | | | |
|---|---|---|---|---|---|

| **Wells Fargo** |
|---|
| Nonpriority Creditor's Name |
| **420 Montgomery St** |
| **San Francisco, CA 94104** |
| Number Street City State Zip Code |

Last 4 digits of account number _____                         **Unknown**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Noticing**

---

Part 3: **Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 50,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 50,000.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,502,755.30 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 2,502,755.30 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **George D Davis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | **20-17930-EPK** | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.   **Do you have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **World Omni Financial Corp.**<br>     **Attn: Bankruptcy**<br>     **Po Box 991817**<br>     **Mobile, AL 36691** | **Vehicle** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George D Davis** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **20-17930-EPK** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Autohouse of Southington LLC**<br>**910 Meriden-Waterbury Turnpike**<br>**Plantsville, CT 06479** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.10__<br>☐ Schedule G<br>**Department of Revenue Services State of** |
| 3.2 | **Autohouse of Southington LLC**<br>**910 Meriden-Waterbury Turnpike**<br>**Plantsville, CT 06479** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.17__<br>☐ Schedule G<br>**SAFS Inc** |
| 3.3 | **Autohouse of Southington LLC**<br>**910 Meriden-Waterbury Turnpike**<br>**Plantsville, CT 06479** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.13__<br>☐ Schedule G<br>**HCL Capital** |

| Debtor 1 | **George D Davis** | | Case number *(if known)* | **20-17930-EPK** |

<table>
<tr><td colspan="2">■ **Additional Page to List More Codebtors**</td></tr>
<tr><td>*Column 1:* **Your codebtor**</td><td>*Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply:</td></tr>
<tr>
<td>3.4   **Autohouse of Southington LLC**<br>**910 Meriden-Waterbury Turnpike**<br>**Plantsville, CT 06479**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.18**<br>☐ Schedule G _____<br>**SAFS Inc**</td>
</tr>
<tr>
<td>3.5   **Autohouse of Southington LLC**<br>**910 Meriden-Waterbury Turnpike**<br>**Plantsville, CT 06479**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.23**<br>☐ Schedule G _____<br>**Timothy D. Miltenberger**</td>
</tr>
</table>

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George D Davis** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | **20-17930-EPK** |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **Sales** | **Sales** |
| Employer's name | **Vatland Chrysler Dodge Jeep Ram** | **Lincare** |
| Employer's address | **855 S U.S. 1**<br>**Vero Beach, FL 32962** | **4007 US-1**<br>**Vero Beach, FL 32960** |
| How long employed there? | **2 Years** | **1 Year** |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **7,250.00** | $ **5,720.06** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **7,250.00** | $ **5,720.06** |

Debtor 1  **George D Davis**                                          Case number (*if known*)  **20-17930-EPK**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **7,250.00** | $ **5,720.06** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **1,476.40** | $ **925.94** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **0.00** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **299.86** | $ **114.40** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **0.00** |
| 5e. | Insurance | 5e. | $ **95.29** | $ **216.86** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **0.00** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **0.00** |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $ **1,871.55**  $ **1,257.20**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ **5,378.45**  $ **4,462.86**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **0.00** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $ **0.00**  $ **0.00**

10. **Calculate monthly income.** Add line 7 + line 9.   10.  $ **5,378.45** + $ **4,462.86** = $ **9,841.31**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.  $ **9,841.31**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:  **Debtors income in car sales has decreased due to COVID.**

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **George D Davis** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | **20-17930-EPK** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.   ☑ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter-disabled | 24 | ☐ No  ☑ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,131.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 450.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 66.50 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | **George D Davis** | | Case number (if known) | **20-17930-EPK** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 350.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 65.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 425.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 300.00 |
| 10. | **Personal care products and services** | | 10. $ | 150.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 450.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 750.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 400.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 100.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 300.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 558.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 420.00 |
| | 17c. | Other. Specify:   **wife's car payment** | 17c. $ | 400.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    **Pet** | | 21. +$ | 200.00 |
| | **non-filing spouse's unsecured debt service** | | +$ | 1,000.00 |
| | **storage unit** | | +$ | 311.00 |

| | | | | |
|---|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 9,826.50 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 9,826.50 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 9,841.31 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 9,826.50 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 14.81 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here:

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **George D Davis** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | **20-17930-EPK** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Sign Below** |
| --- | --- |

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| X  **/s/ George D Davis** | X |
| --- | --- |
| **George D Davis** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  **July 31, 2020** | Date |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **George D Davis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | 20-17930-EPK | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4 Harbour Isle Dr E**<br>**Fort Pierce, FL 34949** | From-To:<br>**1/2017-10/2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $70,817.99 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **George D Davis** | | Case number (*if known*) | **20-17930-EPK** |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $130,955.91 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $29,666.88 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Property Sale | $1,500.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | Property Sale | $370,000.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ■ No. Go to line 7.
   ☐ Yes List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.
   ☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | George D Davis | Case number (if known) | 20-17930-EPK |
|---|---|---|---|

**7.** Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.** Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?

Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:  Identify Legal Actions, Repossessions, and Foreclosures**

**9.** Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| SAFS Inc<br>562020CA000770 | Civil | St. Lucie County Clerk of Court<br>Attn: Bankruptcy Department<br>P.O. Box 700<br>Fort Pierce, FL 34954 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?

Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

| Debtor 1 | **George D Davis** | Case number *(if known)* | **20-17930-EPK** |
|---|---|---|---|

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Firm of Hoskins, Turco, Lloyd & Lloy<br>302 South Second Street<br>Fort Pierce, FL 34950<br>ecolin@hosklaw.com | Attorney Fees/costs | | $4,660.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No

☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1  **George D Davis**                                    Case number (*if known*)  **20-17930-EPK**

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Craigslist Sale<br>Unknown<br><br>None | 2008 Mercedes S550 | $1500.00 total net proceeds | 1/2020 |
| Thomas Sennefelder<br>PO Box 2505<br>Montauk, NY 11954<br><br>None | Homestead condo @ 4 Harbor Isle Dr E, Fort Pierce, Florida 34947 | $370,000.00 total proceeds, used to payoff mortgage on property. Net proceeds totaled $130,000.00 | 10/02/2019 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    **George D Davis**                    Case number *(if known)*    **20-17930-EPK**

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **George D Davis** | | Case number *(if known)* | **20-17930-EPK** |

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Autohouse of Southington LLC<br>910 Meriden-Waterbury Turnpike<br>Plantsville, CT 06479** | **Automotive**<br><br>**Steven A Girioni, CPA<br>237 Route 80<br>Killingworth CT 06419** | **EIN:**    **NA**<br><br>**From-To**  **7/2006-1/2017** |
| **Island Marine LLC<br>4 Harbour Isle Dr E PH02<br>Fort Pierce, FL 34949** | **Marine**<br><br>**NA** | **EIN:**    **82-3275383**<br><br>**From-To**  **11/2017-01/2019** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ George D Davis**

**George D Davis<br>Signature of Debtor 1**

**Signature of Debtor 2**

Date  **July 31, 2020**

Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George D Davis** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **20-17930-EPK** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Chase Auto Finance**<br><br>Description of property securing debt: **2019 Dodge Ram 1500 Laramie 13000 miles**<br>**1C6RREJT1KN615947 1 owner** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **World Omni Financial Corp.**<br><br>Description of property securing debt: **2019 Toyota Tacoma Sport 8000 miles**<br>**3TMCZ5AN8KM256039 1 owner *lease** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

**Part 2:**    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **George D Davis** | Case number *(if known)* | **20-17930-EPK** |
|---|---|---|---|

| Lessor's name: | **World Omni Financial Corp.** | | ☐ No |
|---|---|---|---|
| | | | ■ Yes |

| Description of leased Property: | **Vehicle** |
|---|---|

---

**Part 3:  Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ George D Davis**                                   X _____

  **George D Davis**                                             Signature of Debtor 2
  Signature of Debtor 1

  Date  **July 31, 2020**                                      Date _____

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**United States Bankruptcy Court**
**Southern District of Florida**

In re   **George D Davis**                                                     Case No.   **20-17930-EPK**

                                                    Debtor(s)                    Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **July 31, 2020**                      **/s/ George D Davis**

                                                  **George D Davis**
                                                  Signature of Debtor

# United States Bankruptcy Court
## Southern District of Florida

In re  **George D Davis**                                                                   Case No.    **20-17930-EPK**
_____
                                                     Debtor(s)                              Chapter     **7**

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING
## CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[ X ]    The paper filed **adds** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added). I have:
   1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
   2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
   3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
   4. filed an amended schedule(s) and summary of schedules; and
   5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B))

[ ]    The paper filed **deletes** a creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being deleted)**. I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
   3. filed an amended schedule(s) and summary of schedules.

[ ]    The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the <u>attached list</u>. **I have:**
   1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
   2. filed an amended schedule(s) or other paper.

[ ]    The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
   3. filed an amended schedule(s) and summary of schedules.

[ ]    None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated:   **July 31, 2020**

---

**/s/ Colin V. Lloyd, Esquire**
_____
Attorney for Debtor (or Debtor, if pro se)

**/s/ George D Davis**
_____
Debtor

**Colin V. Lloyd, Esquire 0165182**
_____
Print Name & Florida Bar Number

**302 South Second Street**
**Fort Pierce, FL 34950**
_____
Address

**(772) 464-4600 Fax: (772) 465-4747**
**ecolin@hosklaw.com**
_____
Phone Number

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| GEORGE D. DAVIS | : | |
| | : | CASE NO: 20-17930-EPK |
| DEBTOR. | : | |
| | : | |
| SAFS, INC. | : | |
| | : | |
| PLAINTIFF, | : | ADV. PROC. NO: _____ |
| | : | |
| VS. | : | |
| | : | |
| GEORGE D. DAVIS, | : | |
| | : | |
| DEFENDANT. | : | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

The plaintiff, SAFS, INC. ("SAFS"), as and for its complaint against the debtor/defendant, George D. Davis ( "Defendant"), challenging the dischargeability of Defendant's debt to SAFS in connection with the above-captioned Chapter 7 bankruptcy proceeding, hereby states:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(I).

2.     Venue is proper in this District pursuant to 28 U.S.C. § 1409.

106742884.5

## PARTIES

3.      The defendant, George D. Davis, is a Florida resident and is the managing

member of Auto House of Southington, LLC ("Auto House"), a Connecticut limited liability

company.

4.      The plaintiff, SAFS, is a Connecticut corporation located in East Windsor,

Connecticut, that provides automobile financing services.

## FACTUAL ALLEGATIONS

<u>Floorplan Financing</u>:

5.      On or about September 13, 2006, SAFS, as lender, entered into a Fee Agreement

with Auto House, as borrower (the "<u>Fee Agreement</u>") for the purposes of providing certain

financial, consulting, and other services to Auto House with regard to the purchase of motor

vehicles and/or obtaining, preparing for sale and holding for sale such motor vehicles.  A copy of

the Fee Agreement is attached hereto and made a part hereof as <u>Exhibit A</u>.

6.      Among other things, the financial services provided by SAFS to Auto House

under the Fee Agreement could include the making of loans or otherwise extending credit to

Auto House for the acquisition of used motor vehicles to be held as inventory by Auto House for

sale or disposition to the public.

7.      Auto House agreed in the Fee Agreement, among other things, to pay fees to

SAFS immediately upon the sale or disposition of any of the Vehicle Collateral (as defined

herein) at such time as may be requested by SAFS.  Fees paid to SAFS for financial services

under the Fee Agreement are limited to fees agreed to by Auto House and SAFS prior to Auto

House requesting such services and as shall be included in a business/commercial note between

SAFS, as lender, and Auto House, as borrower, and in other documentation required by SAFS

106742884.5

and signed by Auto House.

8.      By Security Agreement dated September 13, 2006 (the "Security Agreement"),
Auto House granted SAFS a security interest in, among other things, all used vehicles purchased
from SAFS and financed by SAFS (the "Vehicle Collateral"), and all proceeds of the Vehicle
Collateral, including the proceeds of insurance.  A copy of the Security Agreement is attached
hereto and made a part hereof as Exhibit B.

9.      Auto House agreed in the Security Agreement that the Vehicle Collateral, among
other assets, secures the payment of all present and future indebtedness and liabilities of Auto
House to SAFS however incurred including, without limitation, all present and future loans,
advances and other extensions of credit to Auto House by SAFS, any guarantees and
endorsements by Auto House in SAFS's favor, and all related interest, fees, charges and
expenses.

10.     Auto House agreed in the Security Agreement to assume certain duties with
respect to the Vehicle Collateral, including the duties to maintain the Vehicle Collateral in good
condition and repair, to promptly provide to SAFS lists and schedules of the Vehicle Collateral,
to keep the Vehicle Collateral free and clear of all other security interests, liens or encumbrances
of any kind, and to obtain SAFS's prior written consent before selling or otherwise disposing of
any of the Vehicle Collateral without the immediate payment by Auto House to SAFS of "the
unpaid balance of the amount advanced with respect to the [Vehicle Collateral] sold . . . ."

11.     In consideration of SAFS having made or making, at any time, loans, advances, or
otherwise giving credit to Auto House, Defendant executed and delivered to SAFS a Letter of
Guarantee (the "Guarantee") dated September 13, 2006, wherein Defendant "unconditionally
guarantee[d] to [SAFS] full and prompt payment at maturity, including any accelerated maturity,

of any and all liabilities owed to [SAFS] by [Auto House]. As used herein, 'Liabilities' means any and all liabilities or obligations of [Auto House] to [SAFS] of every kind and description, direct or indirect, primary or secondary, absolute or contingent, due or to become due, now existing or hereafter arising, regardless of how they arise or by what agreement or instrument they may be evidenced or whether evidenced by any agreement or instrument, and further including without limitation, all costs, expenses and attorneys' fees incurred in the collection of said liabilities and in the enforcement of this guarantee." A copy of the Guarantee is attached hereto and made a part hereof as Exhibit C.

12. In the Guarantee, Defendant waived "demand, presentment, protest, and notice of your acceptance of this agreement and of any loans made, extensions granted or other action taken in reliance hereon and all other demands and notices of any description in connection with this guarantee, the Liabilities or otherwise."

13. In furtherance of the Fee Agreement, Security Agreement and the Guarantee, SAFS, as lender, and Auto House, as borrower, entered into a series of promissory notes evidencing amounts loaned by SAFS to Auto House under the Fee Agreement (the "Notes" and, together with the Fee Agreement, the Security Agreement and the Guarantee, the "Loan Documents").

14. The Notes required repayment by Auto House of sums advanced by SAFS to Auto House under the Notes upon demand or, if not sooner demanded, seventy (70) days after the advance of such funds.

15. The Notes obligated Auto House to pay SAFS certain administrative fees and interest based on the cost of the Vehicle Collateral and the period of time that the Vehicle Collateral was inventoried with Auto House. The Notes also provided that Auto House shall pay

-4-

to SAFS interest at the rate of ten percent (10%) per annum on the outstanding principal balance of the Note.

16.     In addition to granting SAFS an interest in the Vehicle Collateral, the Notes provided SAFS a security interest in all of Auto House's presently owned or after acquired accounts, letters of credit, investment property, proceeds, contract rights, instruments, documents, chattel paper, general intangibles, and equipment.

17.     In addition to the amounts advanced by SAFS to Auto House under the Notes, SAFS from time to time extended additional funds to Auto House in excess of the amount of the Notes consistent with the terms and purposes of the Loan Documents (the "Additional Advances").  SAFS made the Additional Advances to Auto House in connection with oral and written agreements customarily made in the regular course of dealing between SAFS and Auto House.

18.     In order to obtain from SAFS advances under the Notes and/or Additional Advances, as was customary in the regular course of dealing between SAFS and Auto House, Auto House submitted Floor Plan Requests to SAFS, which set forth, among other things, a list of new Vehicle Collateral to be acquired by Auto House, the amount to be paid by Auto House for the new Vehicle Collateral, and the total amount that Auto House required from SAFS as either advances under the Notes or Additional Advances (the "Floor Plan Requests").

19.     Pursuant to the Loan Documents, and as was customary in the regular course of dealing between SAFS and Auto House, Additional Advances were to be repaid by Auto House to SAFS, together with administrative fees and interest, immediately upon Auto House's sale or disposition of each unit of the Vehicle Collateral or upon earlier demand by SAFS.

**The Fraud and Defalcation**:

20.     During the lending relationship between Auto House and SAFS, Auto House and Defendant knowingly submitted false Floor Plan Requests to SAFS in order to obtain from SAFS advances under the Loan Documents and Additional Advances.

21.     During the lending relationship between Auto House and SAFS, Auto House and Defendant knowingly generated false bills of sale for motor vehicles and represented such false bills of sale to SAFS as genuine in order to obtain from SAFS advances under the Loan Documents and Additional Advances.

22.     During the lending relationship between Auto House and SAFS, Auto House and Defendant knowingly reported certain motor vehicles to SAFS as Vehicle Collateral in order to obtain from SAFS advances under the Loan Documents and Additional Advances when Auto House had already obtained financing for such vehicles from another lender.

23.     During the lending relationship between Auto House and SAFS, Auto House and Defendant knowingly delivered inaccurate retail purchase orders to SAFS.  Each of those inaccurate retail purchase orders falsely stated that the purchaser of the vehicle was financing the purchase through a retail financing source when the purchaser actually was paying cash for the vehicle.  By presenting the inaccurate retail purchase orders, Auto House and Defendant hid from SAFS the true economics of the sale transaction in order to allow Auto House to withhold and retain the proceeds of sale that it was obligated to remit to SAFS under the terms of the Loan Documents and the other written and oral agreements giving rise to the Additional Advances.

24.     Auto House and Defendant made these material misrepresentations to induce SAFS's reliance thereon and to obtain from SAFS advances under the Loan Documents and Additional Advances.

-6-

25.     In reliance upon these material misrepresentations by Auto House and Defendant, SAFS extended to Auto House advances under the Loan Documents and Additional Advances.

26.     In providing advances under the Loan Documents and Additional Advances to Auto House based upon these material misrepresentations, SAFS believed its loans to Auto House were fully secured by Vehicle Collateral.  In fact, the loans were undersecured, at best. Neither Auto House nor Defendant has paid SAFS on account of certain loans advanced by SAFS to Auto House to fund to purchase of Vehicle Collateral.

27.     Auto House and Defendant acknowledged to SAFS that Auto House sold Vehicle Collateral without remitting the proceeds of such sales to SAFS.  Auto House and Defendant further acknowledged that they failed to segregate and retain the proceeds of the sale of such Vehicle Collateral and that Auto House was left with insufficient funds to make the payments to SAFS under the terms of the Loan Documents with respect to such Vehicle Collateral.

**The Judgment:**

28.     By writ, summons and complaint dated October 4, 2016, SAFS commenced an action the Superior Court for the State of Connecticut against Auto House, Defendant and several other parties seeking to recover amounts due on account of the loans made by SAFS to Auto House (the "Connecticut Action").

29.     The Court held a jury trial in the Connecticut Action in December, 2018.

30.     Following the trial, the jury returned a verdict in favor of SAFS and against Defendant in the Connecticut Action and awarded SAFS damages in the amount of $918,080.80.

31.     By Order dated January 31, 2019, the Court in the Connecticut Action reformed the verdict by granting an additur in the amount of $118,713.29.  With the additur, the Court increased the award in favor of SAFS to $1,036,819.49.

-7-

32.     By Order dated April 4, 2019, the Court in the Connecticut Action awarded SAFS attorneys' fees in the amount of $287,508.00.

33.     Judgment entered in the Connecticut Action in favor of SAFS and against Defendant in the total amount of $1,324,327.49, virtually all of which remains unsatisfied.

34.     In connection with the trial in the Connecticut Action, the jury made the following findings with regard to the loans made by SAFS to Auto House and guaranteed by Defendant: (i) Defendant made a false representation and/or failed to disclose material facts to SAFS; (ii) Defendant knowingly and intentionally made the false representation and/or omission; and (iii) Defendant made the false representation and/or omission to induce SAFS to act thereon.

### FIRST CAUSE OF ACTION
### NONDISCHARGEABLE DEBT PURSUANT TO
### 11 U.S.C. § 523(a)(2)

35.     Plaintiff repeats the allegations set forth in paragraphs 1 through 32 as if set forth herein at length.

36.     As the jury in the Connecticut Action found, Defendant knowingly and intentionally made false representations to Defendant in connection with the floorplan financing from SAFS to Auto House.

37.     As the jury in the Connecticut Action found, Defendant made the false representations to SAFS to induce SAFS to advance loans to Auto House pursuant to the Loan Documents and on account of Floorplan Requests for Additional Advances.

38.     SAFS made advances to Auto House in reliance on the false representations made by Auto House and Defendant.

39.     Defendant guaranteed repayment of the advances made by SAFS to Auto House.

40.     Auto House and Defendant failed to pay amounts due and owing under the Loan Documents and on account of the Additional Advances, resulting in a judgment in favor of SAFS in the amount of $1,324,327.49.

41.     By reason of the foregoing, the judgment in favor of SAFS and against Defendant is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2).

**SECOND CAUSE OF ACTION
NONDISCHARGEABLE DEBT PURSUANT TO
11 U.S.C. § 523(a)(4)**

42.     Plaintiff repeats the allegations set forth in paragraphs 1 through 34 as if set forth fully herein.

43.     Defendant has incurred the debt of $550,181.00 as a result of fraud or defalcation while acting in a fiduciary capacity, or by larceny or embezzlement.

44.     Defendant is a corporate officer and fiduciary of Auto House.

45.     Defendant held or controlled property or proceeds from the sale or other disposition of Vehicle Collateral required to be held in trust for the benefit of SAFS.

46.     By the terms of the Loan Documents, Auto House was required to account for and immediately pay to SAFS amounts due after sale or other disposition of the Vehicle Collateral.

47.     Defendants failed to account for or make immediate payments due after sale or other disposition of Vehicle Collateral.

48.     Instead of immediately remitting payment due to SAFS after sale or other disposition of Vehicle Collateral, Defendant appropriated Vehicle Collateral sale proceeds for unauthorized uses.

106742884.5

49.     Defendant has incurred the debt of $550,181.00 by wrongfully, and with fraudulent intent, taking and misappropriating funds and/or Collateral advanced to them by SAFS.

50.     By reason of the foregoing, the Defendant's debts are non-dischargeable pursuant to 11 U.S.C. § 523(a)(4).

### THIRD CAUSE OF ACTION
### DEFENDANTS' CONVERSION OF SAFS'S PROPERTY CONSTITUTED WILLFUL AND MALICIOUS INJURY
### 11 U.S.C. §523(a)(6)

51.     Plaintiff repeats the allegations set forth in paragraphs 1-34 as if set forth fully herein.

52.     Defendant knew that SAFS would rely on the fake bills of sale and other false statements made by Defendant and Auto House to SAFS in connection with securing floorplan financing from SAFS.

53.     Defendant willfully intended to cause SAFS harm, and/or knew harm was substantially certain to result, when he and Auto House transmitted false bills of sale and made other false statements to SAFS in connection with securing floorplan financing from SAFS.

54.     Defendant knew that SAFS had a first lien on the proceeds from the sale of Vehicle Collateral and that Defendant/Auto House was to remit proceeds from such sale to SAFS.

55.     Defendant willfully intended to cause SAFS harm, and/or knew harm was substantially certain to result, by retaining and then dissipating such property and proceeds from the sale of Vehicle Collateral that Defendant/Auto House was required to remit immediately to SAFS.

-10-

106742884.5

56.     As to SAFS, there is no other possible consequence of Defendant's withholding property and dissipation of proceeds due to SAFS except that SAFS would suffer financial harm.

57.     Defendant's acquisition, retention, and subsequent dissipation of the Vehicle Collateral sale proceeds constitutes acts of dominion over SAFS's property which was in abrogation of, or inconsistent with, SAFS's rights because Defendant held the proceeds in trust and was required immediately to remit proceeds upon sale.

58.     Defendant's actions were malicious because they were done in conscious disregard of duties owed to SAFS and to serve Defendant's purposes.

59.     Defendant's fraudulent misrepresentations to SAFS and conversion of SAFS's proceeds and/or Collateral were done intentionally and without justification and constitute willful and malicious injury.

**FOURTH CAUSE OF ACTION**
**DEFENDANT HAS CONCEALED, DESTROYED, MUTILATED, OR FAILED TO**
**KEEP OR PRESERVE BOOKS AND RECORDS**
**11 U.S.C. § 727(a)(3)**

60.     Plaintiff repeats the allegations set forth in paragraphs 1-34 as if set forth fully herein.

61.     Upon information and belief, Defendant has concealed, destroyed, mutilated, or failed to keep or preserve recorded information, including books, documents, records, and papers, from which Defendant's financial condition or business transactions might be ascertained.

62.     Auto House conducted business on leased premises located at 910 Meriden Waterbury Turnpike, Plantsville, Connecticut (the "Property").

63.     Auto House of Luxury, LLC ("Luxury") took possession of the Property in November, 2016.

-11-

64.     On information and belief, no business operated on the Property from the time Auto House closed its dealership and Luxury took possession of the Property.

65.     At the time Luxury took possession of the Property, Auto House still had business records, files and computer terminals located on the Property. At that time, Auto House's computer servers and all electronic files had been removed from the Property.

66.     In September, 2017, Defendant retrieved Auto House's business records and files from the Property.

67.     Despite taking possession of Auto House's business records and files from the Property in September, 2017, Defendant testified under oath at the First Meeting of Creditors pursuant 11 U.S.C. § 341 that he has no records related to the Auto House business.

68.     As a result, Defendant is unable to provide the Trustee, the creditors and/or the Court with sufficient information to ascertain Defendant's accurate financial condition allowing the Trustee, the Court and the creditors to track Defendant's financial dealings with substantial completeness and accuracy for a reasonable period past to present.

69.     By reason of the foregoing, the Court should not grant the Defendant a discharge pursuant to 11 U.S.C. § 727(a)(3).

### FIFTH CAUSE OF ACTION
### DEFENDANTS HAVE MADE FALSE STATEMENTS
### AND/OR WITHHELD INFORMATION
### 11 U.S.C. § 727(a)(4)

70.     Plaintiff repeats the allegations set forth in paragraphs 1-32 as if set forth fully herein.

71.     Upon information and belief, Defendant made false statements or withheld information including, but not limited to the following from his bankruptcy petition and schedules:

106742884.5

a. Defendant understates his income;

b. Defendant understates the value of his vehicle; and

c. Defendant conceals his ownership interest in 910 Meriden Waterbury
Turnpike LLC.

72.     Defendant made false statements and omitted material information from his
bankruptcy petition and schedules regarding income and assets, among other material
information, with intent to defraud creditors.

73.     Defendant's intent to defraud is demonstrated, in part, by knowledge that the false
statements and omitted material information would create erroneous impressions in the Trustee
and the creditors.

74.     By reason of the foregoing, the Court should not grant the Defendant a discharge
pursuant to 11 U.S.C. § 727(a)(4).

### SIXTH CAUSE OF ACTION
### DEFENDANTS HAVE FAILED TO EXPLAIN SATISFACTORILY
### SUBSTANTIAL LOSS OF ASSETS
### 11 U.S.C. § 727(a)(5)

75.     Plaintiff repeats the allegations set forth in paragraphs 1-34 and 43-48 as if set
forth fully herein.

76.     Defendant has failed to explain satisfactorily the loss of proceeds, assets, revenue,
or Collateral from Auto House to meet Defendant's liabilities.

77.     Defendant has failed to explain satisfactorily or account for the disposition of the
$550,181.00 withheld from SAFS in connection with the sale of Vehicle Collateral out of trust.

78.     Defendant had assets from the sale of Vehicle Collateral at Auto House at one
time that has been dissipated without proper accounting or explanation.

106742884.5

79.     To date, Defendant has failed to explain satisfactorily the loss and deficiency of substantial assets as described above. Investigation into and discovery of the loss or deficiency of any of Defendant's assets remains ongoing.

80.     By reason of the foregoing, the Court should deny Defendant a discharge pursuant to 11 U.S.C. § 727(a)(5).

**SEVENTH CAUSE OF ACTION**
**EQUITABLE RELIEF IN THE FORM OF DISMISSAL OF THE**
**BANKRUPTCY PETITION AS AN ABUSIVE OR BAD FAITH FILING**

81.     Plaintiff repeats the allegations set forth in paragraphs 1-34 as if set forth fully herein.

82.     Defendant has filed his bankruptcy petition in bad faith as evidenced by his concealment of income, assets, property, collateral and business revenue.

83.     Accordingly, Plaintiff requests that the Court use its equitable powers to dismiss Defendant's bankruptcy petition as an abusive or bad faith filing.

WHEREFORE, SAFS prays for the entry of judgment against Defendant as follows:

1.  SAFS respectfully requests that the Court enter judgment in its favor and against Defendant, finding that the debts due to it the Defendant are non-dischargeable in bankruptcy;

2.  Denial of Defendant's discharge;

3.  Equitable relief in the form of dismissal of the Chapter 7 bankruptcy petition as an abusive or bad faith filing;

4.  For an award of attorney's fees as allowable by law in an amount the Court determines to be reasonable;

5.  For costs of suit herein incurred; and

-14-

6. For such other legal, equitable, and further relief as this Court deems just and

proper.

Dated:  October 26, 2020                              Respectfully submitted,

                                              By:  */s/ Andrew R. Ingalls*
                                                    Andrew R. Ingalls, Esq.
                                                    Florida Bar No. 112558
                                                    aingalls@daypitney.com
                                                    brodridguez@daypitney.com
                                                    **DAY PITNEY LLP**
                                                    396 Alhambra Circle
                                                    North Tower – 14th Floor
                                                    Miami, Florida  33134
                                                    Tel: (305) 373-4000 / Fax: (305) 373-4099
                                                    *Counsel for Plaintiff*

# EXHIBIT A

## FEE AGREEMENT

This Agreement by and between SAFS, Inc. (hereinafter referred to as "SAFS") and
Auto House of Southington LLC (hereinafter referred to as "Dealer") dated _September 18, 2006_
in East Windsor, Connecticut.

**AGREEMENT**

1. From time to time as requested by Dealer, SAFS agrees to provide certain financial and other services with regard to the purchase of motor vehicles and/or obtaining, preparing for sale, holding for sale such motor vehicles at Southern Auto Sales Inc.

2. Dealer agrees and understands that SAFS accepts no responsibility or recourse of any kind with regard to the quality, condition, purchase price, or marketability of automobiles purchased by Dealer.

3. Dealer understands and agrees to pay fees as agreed to by Dealer and by SAFS to SAFS at the time such automobiles are sold or at such time as may be requested by SAFS.

4. The purchase and/or sale of motor vehicles are at the sole option of Dealer. The value of autos purchased or sold are also at the sole option of the Dealer. SAFS is not a party to any loss or gain (profit or loss) on any cars that are purchased or sold by Dealer.

5. Fees paid to SAFS for such services as may be requested by Dealer are limited to the fees agreed to by Dealer and SAFS prior to requesting such services and as shall be included in the Business/Commercial Note and other documentation required by SAFS and signed by Dealer.

6. SAFS will provide such services as transfer of title, obtaining title from Southern Auto Sales, Inc. auction, floor plan of vehicles, consulting services with regard to present market trends, and/or referrals, when requested with regard to available inventory and other services as requested within the limits of SAFS's ability to perform such services.

DEBTOR:   Auto House of Southington LLC

BY:   George D. Davis

ITS:   Managing Member

_____
Signature

# EXHIBIT B

# SECURITY AGREEMENT

**SAFS, Inc.**
**161 South Main Street**
**East Windsor, CT 06088**

**NOTE TO LENDER: CUSTOMER MUST ALSO SIGN A UCC-1 FORM, WHICH YOU MUST FILE AT THE SECRETARY OF STATE'S OFFICE. DO NOT FILE THIS SECURITY AGREEMENT WITH THE UCC-1 FORM.**

**TO: SAFS, Inc.**

## 1. COLLATERAL

The undersigned ("Debtor") grants to SAFS, Inc. ("SAFS") a continuing security interest in the following collateral ("Collateral")

The Collateral described as follows: <u>All used vehicles purchased from Southern Auto Sales, Inc. and financed by SAFS, Inc. Contact SAFS, Inc. at 860-292-7500 for a more specific list.</u>

All proceeds, including the proceeds of insurance, of the above Collateral.

All terms used to describe the Collateral are as defined in the Uniform Commercial Code.

## 2. OBLIGATIONS SECURED

The Collateral shall secure the payment of all present and future indebtedness and liabilities of Debtor to SAFS however incurred ("Obligations"). The Obligations include, without limitation, all present and future loans, advances and other extensions of credit to Debtor by SAFS any guarantees and endorsements by Debtor in SAFS's favor, and all related interest, fees, charges and expenses.

## 3. DUTIES OF DEBTOR REGARDING COLLATERAL

(a) Debtor shall maintain the Collateral in good condition and repair.

(b) Debtor shall promptly provide to SAFS such lists and schedules of and other information as to the Collateral as SAFS may specify from time to time. Debtor shall enable SAFS to inspect the Collateral whenever SAFS specifies.

(c) Debtor shall procure and maintain insurance on the Collateral of such types, coverages, forms and amounts as may be satisfactory to SAFS. If SAFS so specifies, Debtor will make any insurance policies affecting the Collateral payable to SAFS.

(d) Debtor shall keep the Collateral free and clear of all other security interest, liens, or encumbrances of any kind. Debtor will pay promptly all taxes and other governmental charges on the Collateral.

(e) Without SAFS's prior written consent, Debtor shall not (1) sell, assign, lease, rent or otherwise dispose of any of the Collateral other than sales to buyers in the regular course of Debtor's Business provided that, upon such sale, debtor immediately pays to SAFS an amount equal to the unpaid balance of the amount advanced with respect to the item of inventory sold and provided further that, upon demand, no such sales are authorized, or (2) remove any of the Collateral from its present location.

## 4. MISCELLANEOUS

Debtor shall pay all costs and expenses (including reasonable attorneys' fees) incurred by SAFS in enforcing, collecting or realizing upon any of the Obligations or the Collateral or in safeguarding the Collateral

**5. REMEDIES**

Upon default or upon demand by SAFS, SAFS shall have the remedies of a secured party under the Uniform Commercial Code with respect to the Collateral and all other rights under all agreements between SAFS and debtor. If any notice is required by law, such notice shall be deemed reasonably and properly given if mailed, postage prepaid, to the address of debtor at least ten (10) days before the event with respect notice is required.

Notwithstanding the above, SAFS shall have the right at any time, with or without default or demand, to enforce Debtor's rights against account debtors an obligors.

Dated: _September 13, 2006_

        Accepted and Agreed to:    Auto House of Southington LLC

                    BY:    George D. Davis

                    ITS:    Managing Member

                              _Signature_

**STATE OF CONNECTICUT**
**COUNTY OF HARTFORD**

Personally appeared ____George D. Davis____ as aforesaid, Signer and Sealer of the foregoing Instrument who acknowledged the same to be his/her free act and deed and the free act and deed of said Corporation, before me, this _13_ day of _September_ _2006_

      **BARBARA J. CARTIER**
        *NOTARY PUBLIC*
   MY COMMISSION EXPIRES DEC. 31, 2009

                        Notary Public Commissioner of the Superior Court

# EXHIBIT C

SAFS, Inc
161 South Main Street
East Windsor, CT  06088

**LETTER OF GUARANTEE**

To: SAFS, Inc.

Gentlemen:

In consideration of your having made or making, now or in the future, loans, advances, or otherwise giving credit to Auto House of Southington LLC (hereinafter called the "Borrower"), the undersigned (jointly and severally, if more than one) hereby unconditionally guarantee(s) to you full and prompt payment at maturity, including any accelerated maturity, of any and all liabilities owed to you by the Borrower  As used herein, "Liabilities" means any and all liabilities or obligations of the Borrower to you of every kind and description, direct or indirect, primary or secondary, absolute or contingent, due or to become due, now existing or hereafter arising, regardless of how they arise or by what agreement or instrument they may be evidenced or whether evidenced by any agreement or instrument, and further including without limitation, all costs, expenses and attorneys' fees incurred in the collection of said liabilities and in the enforcement of this guarantee.

The undersigned hereby consents and agrees that you may at any time, or from time to time, in your discretion: (1) extend or change the time of payment, and/or the manner, place or terms of payment of all or any of the Liabilities; (2) exchange, release and/or surrender all or any of the collateral security, or any part or parts thereof, by whomsoever deposited, which is now or may hereafter be held by you in connection with all or any of the Liabilities; (3) sell and/or purchase all or any such collateral at public or private sale, and after deducting all costs and expenses of every kind for collection, protection, sale or delivery, the net proceeds of any such sale or sales may be applied by you upon all or any of the Liabilities, and (4) settle or compromise with the Borrower and/or any other person or persons liable for, any and all of the Liabilities; (5) subordinate the payment of Liabilities paid by the Borrower or any other person, or any part of parts thereof, to the payment of any other person, or any part of parts thereof, to the payment of any other debts or claims, which may at any time or times be due or owing to you and/or any other person or persons; all in such manner and upon such terms as you may deem proper, and without notice to or further assent from the undersigned.  It is hereby agreed that the undersigned shall be and remain bound upon this guarantee, irrespective of the existence, value or condition of any collateral, and notwithstanding any such change, exchange, settlement, compromise, surrender, subordinating sale, application, renewal or extension, and notwithstanding also that the Liabilities may at any time or times exceed the aggregate principal sum of any funds advanced on this date or up to this date.

The undersigned hereby waives demand, presentment, protest, and notice of your acceptance of this agreement and of any loans made, extensions granted or other action taken in reliance hereon and all other demands and notices of any description in connection with this guarantee the Liabilities or otherwise.

Upon any default of the Borrower, the liability of the undersigned shall be effective immediately and payable on demand without any suit or action against the Borrower  No delay or omission on your part in exercising any right hereunder shall operate as a waiver of such right or any other right; a waiver on one occasion shall not be a bar to or waiver of any right on any other occasion.

THE LIABILITY OF THE UNDERSIGNED WITH RESPECT TO HIS LIABILITY SHALL NOT BE TERMINATED BY, AND THE UNDERSIGNED ASSENTS TO ANY EXTENSION OR POSTPONEMENT OF THE TIME OF PAYMENT OR ANY OTHER INDULGENCE, ANY SUBSTITUTION, EXCHANGE OR RELEASE OF COLLATERAL, THE ADDITION OR RELEASE OF ANY PARTY PRIMARILY OR SECONDARILY LIABLE INCLUDING ANY OF THE UNDERSIGNED, WHETHER OR NOT NOTICE THEREOF IS GIVEN TO THE

UNDERSIGNED YOU SHALL HAVE NO DUTY TO COLLECT OR PROTECT ANY COLLATERAL OR ANY INCOME THEREON, NOR TO PRESERVE ANY RIGHTS AGAINST OTHER PARTS, AND YOU MAY PROCEED UNDER THIS GUARANTEE IMMEDIATELY UPON BORROWER'S DEFAULT WITHOUT RESORTING TO OR REGARD TO ANY COLLATERAL OR ANY OTHER GUARANTEE OR SOURCE OF PAYMENT

This is a continuing guarantee and shall remain in full force and effect and be binding upon the undersigned until written notice of revocation sent by registered or certified mail shall actually be received by you.  No revocation shall release the undersigned from any liability as to any Liabilities which may be held by you or in which you may have any interest, at the time of receipt of such notice.  If any of the present or future obligations are guaranteed by persons, partnerships or corporations in addition to the undersigned, the release or discharge in whole or in part, or the death, bankruptcy, liquidation or dissolution of one or more of them shall not discharge or affect the liabilities of the undersigned under this guarantee.

Any deposits, securities or other property of the undersigned which at any time are within your possession or control may be held and treated as collateral security for the payment of the Liabilities, and you shall have a lien thereon and right to set off the same against matured Liabilities or against any sums hereunder

The undersigned acknowledges that the underlying transaction to which this guarantee relates concerns your having made or making, now or in the future, loans and advances, or otherwise giving credit to the Borrower, and that said obligations of the Borrower and this guarantee are primarily to be performed in the State of Connecticut.  The undersigned further acknowledges that it will materially and directly or indirectly, receive financial benefit from said underlying transactions. The undersigned agrees that the execution of this guarantee and performance of the undersigned obligations hereunder shall be deemed to have a Connecticut situs and the undersigned shall be subject to the personal jurisdiction of the Courts of the State of Connecticut with respect to any action you, your successors or assigns, may commence hereunder  Accordingly, the undersigned hereby specifically and irrevocably consents to the jurisdiction of the Courts of the State of Connecticut with respect to all matters concerning the guarantee or the enforcement thereof.

THE UNDERSIGNED ACKNOWLEDGES THAT THE TRANSACTION OF WHICH THIS GUARANTEE IS A PART IS A COMMERCIAL TRANSACTION, AND HEREBY WAIVES THE RIGHT TO NOTICE AND HEARING UNDER CHAPTER 903a OF THE CONNECTICUT GENERAL STATUTES OR AS OTHERWISE ALLOWED BY THE LAW OF ANY STATE OR FEDERAL LAW, WITH RESPECT TO ANY PREJUDGMENT REMEDY WHICH YOU, YOUR SUCCESSORS OR ASSIGNS MAY DESIRE TO USE.

The guarantee shall inure to the benefit of you, your successors and assigns, and it shall be binding upon the undersigned and the executors, administrators, heirs, successors and assigns of the undersigned.  This agreement is intended to take effect as a sealed instrument and its validity and construction shall be determined by the law of Connecticut.

Signed and sealed this _13_ day of _September_ 20_04_

_____
*Guarantor's Signature*

George D. Davis;  156 Cow Hill Road;  Killingworth, Connecticut 06419
*Guarantor's Name and Address*

STATE OF CONNECTICUT
COUNTY OF HARTFORD

Personally Appeared _George D. Davis_ as aforesaid, Signer and Sealer of the foregoing Instrument who acknowledged the same to be his/her free act and deed and the free act and deed of said Corporation, before me, this _13_ day of _September_ 20_06_

BARBARA J. CARTIER
NOTARY PUBLIC
MY COMMISSION EXPIRES DEC. 31, 2009

_____
Notary Public, Commissioner of the Superior Court

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>SAFS, Inc. | DEFENDANTS<br>George D. Davis |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Andrew R. Ingalls<br>Day Pitney, LLP<br>396 Alhambra Circle, 14th Floor<br>Miami, FL 33133<br>305-373-4032 | ATTORNEYS (If Known)<br>Colin V. Lloyd<br>Hoskins, Turco, Lloyd & Lloyd<br>302 S 2nd St.<br>Fort Pierce, FL 34950<br>772-577-7551 |
|---|---|

| PARTY (Check One Box Only)<br>□ Debtor          □ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor       □ Other<br>□ Trustee | PARTY (Check One Box Only)<br>☒ Debtor          □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor       □ Other<br>□ Trustee |
|---|---|

| CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED) |
|---|
| Nondischargable Debt pursuant to 11 U.S.C. § 523(a)(2) & (a)(4); Conversion of Property pursuant to 11 U.S.C. § 523(a)(6); Concealment, Destruction, Mutilation, or Failure to Keep or Preserve Books and Records pursuant to 11 U.S.C. § 727(a)(3); False Statements and/or Withholding Information pursuant to 11 U.S.C. § 727(a)(4); Failure to Explain Satisfactorily Substantial Loss of Assets pursuant to 11 U.S.C. § 727(a)(5); Dismissal of the Bankruptcy Petition as an Abusive or Bad Faith Filing |

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
□ 11-Recovery of money/property - §542 turnover of property
□ 12-Recovery of money/property - §547 preference
□ 13-Recovery of money/property - §548 fraudulent transfer
□ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
□ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
□ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[4] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
□ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
□ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[1] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[2] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
□ 61-Dischargeability - §523(a)(5), domestic support
[3] 68-Dischargeability - §523(a)(6), willful and malicious injury
□ 63-Dischargeability - §523(a)(8), student loan
□ 64-Dischargeability - §523(a)(15), divorce or separation obligation
  (other than domestic support)
□ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
□ 71-Injunctive relief – imposition of stay
□ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
□ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
□ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
□ 01-Determination of removed claim or cause

**Other**
□ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
□ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand  $ |

Other Relief Sought
  Dismissal of the bankruptcy petition as an abusive or bad faith filing

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>George R. Davis | BANKRUPTCY CASE NO.<br>Case No. 20-17930-EPK | |
| DISTRICT IN WHICH CASE IS PENDING<br>Southern District of Florida | DIVISION OFFICE<br>West Palm Beach | NAME OF JUDGE<br>Erik P. Kimball |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Andrew R. Ingalls | | |
| DATE<br><br>10/26/2020 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Andrew R. Ingalls | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **George D Davis** | Social Security number or ITIN   **xxx–xx–2476** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Florida** | | |
| Case number:   **20–17930–EPK** | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**George D Davis**

September 7, 2021

**By the court:**

**Erik P. Kimball**
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Form 318 (03/03/21)

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**