**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

                                              CASE NO. 9:21-cv-81750-DMM
                                              BANKRUPTCY CASE NO. 20-17930-EPK
                                              BANKRUPTCY ADV. NO. 20-01384-EPK

GEORGE D. DAVIS,

      Debtor.
_____/

SAFS, INC.,

      Appellant,

v.

GEORGE D. DAVIS,

      Appellee.
_____/

**APPELLEE'S AGREED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

      COMES NOW, Appellee, GEORGE D. DAVIS, by and through undersigned counsel, and files this Agreed Motion for Extension of Time to File Brief, and states:

      1.    Pursuant to Federal Rules of Bankruptcy Procedure 8018, Appellee's Brief is due December 15, 2021. As such, this Motion is timely filed.

      2.    Due to other pressing matters and the complexity of the case, counsel for Appellee will be unable to complete the Brief by December 15, 2021.

      3.    Appellee requires an extension through and including January 12, 2022 within which to submit his Brief.

      4.    This Motion is made in good faith and not for the sole purpose of delay, and no prior extension of time to file the Brief has been requested.

5. Undersigned counsel has contacted counsel for Appellant concerning this request, and Appellant agrees to the granting of this extension.

WHEREFORE, Appellee, GEORGE D. DAVIS, requests this Court grant him an extension through and including January 12, 2022 within which to file his Brief, and for such other and further relief as may be just.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served electronically where available or by regular mail to all those enumerated herein below this 13th day of December, 2021.

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Appellee
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY: /s/
LES S. OSBORNE, ESQ.
Florida Bar No. 823139

SERVICE LIST:

Joshua W. Cohen - jwcohen@daypitney.com
Andrew Robert Ingalls - aingalls@daypitney.com