**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO. 9:21-cv-81750-DMM
BANKRUPTCY CASE NO. 20-17930-EPK
BANKRUPTCY ADV. NO. 20-01384-EPK

GEORGE D. DAVIS,

    Debtor.
_____/

SAFS, INC.,

    Appellant,

v.

GEORGE D. DAVIS,

    Appellee.
_____/

**AGREED ORDER GRANTING APPELLEE'S AGREED
MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

THIS CAUSE came before the Court upon the Appellee's, GEORGE D. DAVIS, Agreed Motion for Extension of Time to File Brief, and the Court having considered the Motion, it is:

ORDERED AND ADJUDGED:

1.    The Motion is granted.

2.    Appellee, GERORGE D. DAVIS, shall have an extension of time to file his Brief through and including January 12, 2022.

3.    Appellant shall not seek a further extension.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this _____ day of _____, 2021.

_____
DONALD MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copy furnished via CM/ECF:

Joshua W. Cohen - jwcohen@daypitney.com
Andrew Robert Ingalls - aingalls@daypitney.com
Les S. Osborne – rappaport@kennethrappaportlawoffice.com