UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:21-cv-81750-DMM
BANKRUPTCY CASE NO. 20-17930-EPK
BANKRUPTCY ADV. NO. 20-01384-EPK

GEORGE D. DAVIS,

     Debtor.

_____/

SAFS, INC.,

     Appellant,

v.

GEORGE D. DAVIS,

     Appellee.

_____/

**APPELLANT'S AGREED
MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Appellant, SAFS, Inc., through its undersigned counsel, hereby files its Agreed Motion for an Extension of Time to File Reply Brief through February 9, 2022, and in support states as follows:

1.     Pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellant's Reply Brief is due on or before January 26, 2022. As such, this Motion is timely filed.

2.     Given the undersigned's other legal commitments, including preparation for Florida trials scheduled in February and March, as well as late-February summary judgment and *Daubert* motion briefing deadlines in a putative class action filed in the Northern District of

California, in addition to other personal obligations, an extension is warranted to allow Appellant and its counsel sufficient time to assess Appellee's Answer Brief and draft their Reply.

3.      Furthermore, Appellee requested and received a similar extension of time in connection with filing Appellee's Answer Brief.

4.      As such, Appellant requests that the deadline for it to file its Reply Brief be extended through February 9, 2022.

5.      This Motion is filed in good faith and is not filed for purposes of undue delay.  No prior extension of time to file the Reply Brief has been requested.

6.      Undersigned counsel has contacted counsel for Appellee concerning this request, and Appellee agrees to the granting of this extension.

WHEREFORE, Appellant respectfully requests that the Court enter an Order granting it an extension of time through and including February 9, 2022, to file its Reply Brief, together with such other and further relief as may be appropriate.

Respectfully submitted,

**DAY PITNEY LLP**

By: */s/ Andrew R. Ingalls*
       Joshua W. Cohen
       Admitted *Pro Hac Vice*
       jwcohen@daypitney.com
       195 Church Street – 15th Floor
       New Haven, CT 06510
       jwcohen@daypitney.com
       Tel: (203) 752-5000 / Fax: (203) 399-5854

       Andrew R. Ingalls
       Florida Bar No. 112558
       aingalls@daypitney.com
       athomsen@daypitney.com
       396 Alhambra Circle

2

110868927.1

North Tower – 14th Floor
Miami, Florida  33134
Tel: (305) 373-4000 / Fax: (305) 373-4099
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2022, I causes the foregoing document to be served via e-mail on: Les Osborne, Esq., Rappaport, Osborne & Rappaport, PLLC, Squires Building, 1300 North Federal Highway, Suite 203, Boca Raton, FL 33432, les@rorlawfirm.com, *Counsel for Defendant*.


*/s/ Andrew R. Ingalls*
Andrew R. Ingalls

3

110868927.1