UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:21-cv-81750-DMM
BANKRUPTCY CASE NO. 20-17930-EPK
BANKRUPTCY ADV. NO. 20-01384-EPK

GEORGE D. DAVIS,

    Debtor.

_____/

SAFS, INC.,

    Appellant,

v.

GEORGE D. DAVIS,

    Appellee.

_____/

### ORDER GRANTING APPELLANT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

THIS CAUSE came before the Court upon the Appellant's, SAFS, INC., Agreed Motion for Extension of Time to File Reply Brief, and the Court having considered the Motion, it is:

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. Appellant, SAFS, INC., shall have an extension of time to file its Brief through and including February 9, 2022.

3. Appellant shall not seek a further extension.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this _____ day of _____, 2021.

_____
DONALD MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

-2-

Copy furnished via CM/ECF:
Joshua W. Cohen - jwcohen@daypitney.com
Andrew Robert Ingalls - aingalls@daypitney.com
Les S. Osborne – rappaport@kennethrappaportlawoffice.com

-2-

110872581.1