UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-81750-MIDDLEBROOKS/MCCABE

SAFS, INC.,

    Appellant,

vs.

GEORGE D. DAVIS,

    Appellee.

_____/

### ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Ryon M. McCabe for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters.

**SIGNED** in Chambers at West Palm Beach, Florida, this 23rd day of June, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record

1