# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81750-CV-MIDDLEBROOKS

SAFS, INC.,

    Appellant,

v.

GEORGE D. DAVIS,

    Appellee.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Ryon M. McCabe's Report and Recommendation (DE 19), recommending that the Bankruptcy Court's Order Granting Defendant's Motion for Summary Judgment and corresponding Final Judgment both be affirmed. Judge McCabe's Report was issued on August 4, 2022. The time for filing objections expired on August 18, 2022, and Appellant has not filed objections nor sought an extension of time to do so.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge McCabe's conclusion that the Bankruptcy Court's Order and Final Judgment should be affirmed. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge McCabe's Report and Recommendation (DE 19) is hereby **ADOPTED** in its entirety.

(2) The Bankruptcy Court's Order Granting Defendant's Motion for Summary Judgment and corresponding Final Judgment are **AFFIRMED**.

(3) The Clerk of Court shall **CLOSE THIS CASE** any **DENY AS MOOT** all pending motions.

**SIGNED** in Chambers in West Palm Beach, Florida, this 25th day of August, 2022.

                                                                                          *[signature]*
                                                                                          Donald M. Middlebrooks
                                                                                          United States District Judge